# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: <u>4:21–cv–00600–HEA</u>
## *Internal Use Only*

Jones et al v. City of St. Louis, Missouri et al

Assigned to: District Judge Henry Edward Autrey

Cause: 42:1983 Civil Rights Act

Date Filed: 05/24/2021

Jury Demand: Both

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

## <u>Plaintiff</u>

**Derrick Jones**

represented by **Amy Elizabeth Breihan**
MACARTHUR JUSTICE CENTER AT
ST. LOUIS
906 Olive Street
Suite 420
St. Louis, MO 63101
314–254–8543
Fax: 314–254–8547
Email: <u>amy.breihan@macarthurjustice.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Brendan D. Roediger**
ST LOUIS UNIVERSITY SCHOOL OF
LAW
100 N. Tucker Blvd.
Suite 704
St. Louis, MO 63101
314–977–2778
Fax: 314–977–1180
Email: <u>brendan.roediger@slu.edu</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jacki J. Langum**
ARCHCITY DEFENDERS
440 N. 4th Street
Suite 390
St. Louis, MO 63102
855–724–2489
Fax: 314–925–1307
Email: <u>jlangum@archcitydefenders.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*
*Bar Status: Active*

**Amaris Montes**
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001
202–455–4399
Email: amaris@rightsbehindbars.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Brittney Watkins**
ARCHCITY DEFENDERS
440 N. 4th Street
Suite 390
St. Louis, MO 63102
314–891–2941
Email: bwatkins@archcitydefenders.org
*TERMINATED: 04/05/2023*
*Designation: Retained*
*Bar Status: Active*

**John McCann Waldron**
ARCHCITY DEFENDERS
440 N. 4th Street
Suite 390
St. Louis, MO 63102
314–288–0777
Email: jack.waldron@kwlawstl.com
*TERMINATED: 12/19/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Bartlett**
ST LOUIS UNIVERSITY SCHOOL OF
LAW
100 N. Tucker Blvd.
Suite 704
St. Louis, MO 63101
314–977–3306
Email: lauren.bartlett@slu.edu
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Maureen Hanlon**
ARCHCITY DEFENDERS
440 N. 4th Street

Suite 390
St. Louis, MO 63102
314–361–8834
Email: mhanlon@archcitydefenders.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nicholas D. Wanger**
ARCHCITY DEFENDERS
440 N. 4th Street
Suite 390
St. Louis, MO 63102
314–361–8834
*TERMINATED: 12/20/2023*
*Designation: Retained*
*Bar Status: Active*

**Oren Nimni**
Rights Behind Bars
416 Florida Avenue NW
Ste #26152
Washington, DC 20001
202–455–4339
Email: oren@rightsbehindbars.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Shubra Ohri**
MACARTHUR JUSTICE CENTER AT
ST. LOUIS
906 Olive Street
Suite 420
St. Louis, MO 63101
314–254–8540
Email: shubra.ohri@macarthurjustice.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Stephen M. Ryals**
ARCHCITY DEFENDERS
440 N. 4th Street
Suite 390
St. Louis, MO 63102
314–961–3384
Email: sryals@archcitydefenders.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William Patrick Mobley**
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
906 Olive St.
Suite 420
St. Louis, MO 63101
314−279−8641
Fax: 314−254−8547
Email: pat.mobley@macarthurjustice.org
*TERMINATED: 08/18/2023*
*Designation: Retained*
*Bar Status: Active*

**Plaintiff**

**Jerome Jones**                          represented by    **Amy Elizabeth Breihan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Brendan D. Roediger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jacki J. Langum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Amaris Montes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Brittney Watkins**
(See above for address)
*TERMINATED: 04/05/2023*
*Designation: Retained*
*Bar Status: Active*

**John McCann Waldron**
(See above for address)
*TERMINATED: 12/19/2022*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Bartlett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Maureen Hanlon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nicholas D. Wanger**
(See above for address)
*TERMINATED: 12/20/2023*
*Designation: Retained*
*Bar Status: Active*

**Oren Nimni**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Shubra Ohri**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William Patrick Mobley**
(See above for address)
*TERMINATED: 08/18/2023*
*Designation: Retained*
*Bar Status: Active*

**Plaintiff**

**Darnell Rusan**                     represented by     **Amy Elizabeth Breihan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Brendan D. Roediger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jacki J. Langum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Amaris Montes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Brittney Watkins**
(See above for address)
*TERMINATED: 04/05/2023*
*Designation: Retained*
*Bar Status: Active*

**John McCann Waldron**
(See above for address)
*TERMINATED: 12/19/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Bartlett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Maureen Hanlon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nicholas D. Wanger**
(See above for address)
*TERMINATED: 12/20/2023*
*Designation: Retained*
*Bar Status: Active*

**Oren Nimni**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Shubra Ohri**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William Patrick Mobley**
(See above for address)
*TERMINATED: 08/18/2023*
*Designation: Retained*
*Bar Status: Active*

**Plaintiff**

**Marrell Withers**                    represented by   **Amy Elizabeth Breihan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Brendan D. Roediger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jacki J. Langum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Amaris Montes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Brittney Watkins**
(See above for address)
*TERMINATED: 04/05/2023*
*Designation: Retained*
*Bar Status: Active*

**John McCann Waldron**

(See above for address)
*TERMINATED: 12/19/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Bartlett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Maureen Hanlon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nicholas D. Wanger**
(See above for address)
*TERMINATED: 12/20/2023*
*Designation: Retained*
*Bar Status: Active*

**Oren Nimni**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Shubra Ohri**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Stephen M. Ryals**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William Patrick Mobley**
(See above for address)
*TERMINATED: 08/18/2023*
*Designation: Retained*
*Bar Status: Active*

V.

**<u>Defendant</u>**

**City of St. Louis, Missouri**                    represented by **Abby J. Duncan**
ST. LOUIS CITY COUNSELORS
OFFICE – 2
1200 Market Street
Room 314
St. Louis, MO 63103
314–622–3361
Fax: 314–622–4956
Email: duncana@stlouis–mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
ST. LOUIS CITY COUNSELOR'S
OFFICE
1200 Market Street
Room 314
St. Louis, MO 63103
615–480–4998
Email: martineza@stlouis–mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Andrew David Wheaton**
ST. LOUIS CITY COUNSELOR'S
OFFICE
1200 Market Street
Room 314
St. Louis, MO 63103
314–622–4594
Fax: 314–622–4956
Email: wheatona@stlouis–mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Lawrence L. Pratt**
ST. LOUIS CITY COUNSELOR'S
OFFICE
1200 Market Street
Room 314
St. Louis, MO 63103
314–622–3361
Email: lpratt@stlouiscountymo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*

*Bar Status: Active*

**Catherine Dierker**
ATTORNEY GENERAL OF MISSOURI
– St. Louis
815 Olive Street
Suite 200
St. Louis, MO 63101
314–640–8353
*TERMINATED: 05/03/2022*
*Designation: State / Local Government*
*Bar Status: Gov*

**Defendant**

**Lieutenant Javan Fowlkes**
*in his individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Catherine Dierker**
(See above for address)
*TERMINATED: 05/03/2022*
*Designation: State / Local Government*
*Bar Status: Gov*

**Defendant**

**Correctional Officer Aisha Turner**
*in her individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Catherine Dierker**
(See above for address)
*TERMINATED: 05/03/2022*
*Designation: State / Local Government*
*Bar Status: Gov*

**Defendant**

**Correctional Officer Direll Alexander**
*in his individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Catherine Dierker**
(See above for address)
*TERMINATED: 05/03/2022*
*Designation: State / Local Government*
*Bar Status: Gov*

**Defendant**

**Lieutenant Sherry Richard**
*in her individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer Bruce Borders**
*in his individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Captain Freddie Wills**
*in his individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer Douglas Jones**
*in his individual capacity*

represented by **Abby J. Duncan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer John Doe**
*in his individual capacity*

**Defendant**

**Adrian Barnes**
*in his official capacity*
*TERMINATED: 01/13/2022*

represented by **Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Catherine Dierker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

Lawrence L. Pratt
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer Unknown Bolden**          represented by   **Lawrence L. Pratt**
*(first name unknown), in his individual*                        (See above for address)
*capacity*                                                       *LEAD ATTORNEY*
*TERMINATED: 06/21/2021*                                         *ATTORNEY TO BE NOTICED*
                                                                 *Designation: State / Local Government*
                                                                 *Bar Status: Active*

**Defendant**

**Acting Commissioner Jeffrey Carson**          represented by   **Adriano Alfonso Martinez**
St. Louis City Justice Center                                    (See above for address)
200 S. Tucker Blvd.                                              *LEAD ATTORNEY*
St. Louis, MO 63199                                              *ATTORNEY TO BE NOTICED*
*in his official capacity*                                       *Designation: State / Local Government*
*TERMINATED: 01/13/2022*                                         *Bar Status: Gov*

                                                                 **Catherine Dierker**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: State / Local Government*
                                                                 *Bar Status: Gov*

                                                                 **Lawrence L. Pratt**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: State / Local Government*
                                                                 *Bar Status: Active*

**Defendant**

**Jane Doe**
*in her official capacity*
*TERMINATED: 05/06/2022*

**Defendant**

**John Does 1–2**
*in their official capacity*
*TERMINATED: 05/06/2022*

**Defendant**

**Commissioner Dale Glass**                     represented by   **Lawrence L. Pratt**
*in his official capacity*                                       (See above for address)

*TERMINATED: 06/21/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer Michelle Lewis**
St. Louis City Justice Center
200 S. Tucker Blvd.
St. Louis, MO 63199
*TERMINATED: 05/06/2022*

represented by **Adriano Alfonso Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Catherine Dierker**
(See above for address)
*TERMINATED: 05/03/2022*
*Designation: State / Local Government*
*Bar Status: Gov*

**Defendant**

**Correctional Officer Unknown Richardson**
*(first name unknown), in her individual capacity*
*TERMINATED: 06/21/2021*

**Defendant**

**Lieutenant Sidney Turner**
*in her individual capacity*
*TERMINATED: 06/21/2021*

represented by **Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Defendant**

**Correctional Officer Debra Willis**
*in her individual capacity*
*TERMINATED: 06/10/2022*

represented by **Lawrence L. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Active*

**Interested Party**

| | | |
|---|---|---|
| **Non–Party Circuit Attorney for the City of St. Louis** | represented by | **David H. Luce**<br>CAPES SOKOL PC<br>8182 Maryland Avenue<br>15th Floor<br>St. Louis, MO 63105<br>314–505–5408<br>Email: luce@capessokol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |

 Email All Attorneys
(will not send to terminated parties)

 Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2021 | 1 | COMPLAINT against defendant All Defendants with receipt number AMOEDC–8662493, in the amount of $402 Jury Demand,, filed by Darnell Rusan, Jerome Jones, Derrick Jones. (Attachments: # 1 Exhibit A (Use of Chemical Agents Policy), # 2 Exhibit B (Feb. 10, 2021 Letter), # 3 Exhibit C (Feb. 11, 2021 Letter), # 4 Civil Cover Sheet, # 5 Original Filing Form, # 6 Summons (City), # 7 Summons (Barnes), # 8 Summons (Glass), # 9 Summons (Fowlkes), # 10 Summons (Richardson), # 11 Summons (Turner), # 12 Summons (Alexander), # 13 Summons (Bolden), # 14 Summons (Lewis))(Breihan, Amy) (Entered: 05/24/2021) |
| 05/24/2021 | 2 | ENTRY of Appearance by Maureen Hanlon for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Hanlon, Maureen) (Entered: 05/24/2021) |
| 05/24/2021 | 3 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan Process Server: Dennis Dahlberg (Breihan, Amy) (Entered: 05/24/2021) |
| 05/25/2021 | 4 | ENTRY of Appearance by Brendan D. Roediger for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Roediger, Brendan) (Entered: 05/25/2021) |
| 05/25/2021 | | Case Opening Notification: 9 Summons(es) issued. The summons was emailed to Attorney Amy Elizabeth Breihan, Attorney Maureen Hanlon, and Attorney Brendan D. Roediger. All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click here for the instructions. Judge Assigned: Honorable Noelle C. Collins. (JKL) (Entered: 05/25/2021) |
| 05/25/2021 | 5 | ENTRY of Appearance by Lauren Bartlett for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Bartlett, Lauren) (Entered: 05/25/2021) |
| 05/25/2021 | 6 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (Potter, Jacob) (Entered: 05/25/2021) |
| 05/26/2021 | 7 | ENTRY of Appearance by John McCann Waldron for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Waldron, John) (Entered: 05/26/2021) |

| 06/01/2021 | 8 | ENTRY of Appearance by Jacki J. Langum for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Langum, Jacki) (Entered: 06/01/2021) |
|---|---|---|
| 06/21/2021 | 9 | AMENDED COMPLAINT against defendant Direll Alexander, Adrian Barnes, City of St. Louis, Missouri, John Doe, Javan Fowlkes, John Doe 2, Jane Doe, Aisha Turner, Michelle Lewis, Jeffrey Carson,Terminating Unknown Richardson ((first name unknown), in her individual capacity), Sidney Turner (in her individual capacity), Unknown Bolden ((first name unknown), in his individual capacity) and Dale Glass (in his official capacity) Amendment to 1 Complaint,, JURY TRIAL DEMANDED demand, , filed by Darnell Rusan, Jerome Jones, Derrick Jones. Related document: 1 Complaint,, filed by Jerome Jones, Derrick Jones, Darnell Rusan. (Attachments: # 1 Exhibit A (Use of Chemical Agents Policy), # 2 Exhibit B (Feb. 10, 2021 Letter), # 3 Exhibit C (Feb. 11, 2021 Letter), # 4 Summons (Aisha Turner), # 5 Summons (Direll Alexander), # 6 Summons (Michelle Lewis))(Breihan, Amy) (Entered: 06/21/2021) |
| 06/22/2021 | 10 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan Process Server: Dennis Dahlberg (Breihan, Amy) (Entered: 06/22/2021) |
| 06/23/2021 | 11 | Summons Issued as to defendant Direll Alexander, Michelle Lewis, Aisha Turner. The summons was emailed to Amy Breihan. (BRP) (Entered: 06/23/2021) |
| 06/24/2021 | 12 | MOTION for Leave to Appear Pro Hac Vice Oren Nimni. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC−8720388) by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Certificate of Good Standing)(Nimni, Oren) (Entered: 06/24/2021) |
| 06/25/2021 | 13 | Docket Text ORDER: IT IS HEREBY ORDERED that the Verified Motion for Admission Pro Hac Vice (Doc. 12 ) filed by Oren Nimni, counsel for Plaintiffs, is GRANTED. IT IS FURTHER ORDERED that Oren Nimni is hereby admitted for the purpose of representing Plaitniffs in this matter. Signed by Magistrate Judge Noelle C. Collins on 6/25/2021. (KBL) (Entered: 06/25/2021) |
| 06/25/2021 | 14 | ENTRY of Appearance by Catherine Dierker for Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 06/25/2021) |
| 06/30/2021 | 15 | SUMMONS Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Michelle Lewis served on 6/23/2021, answer due 7/14/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 06/30/2021 | 16 | SUMMONS Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Direll Alexander served on 6/23/2021, answer due 7/14/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 06/30/2021 | 17 | SUMMONS Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Aisha Turner served on 6/23/2021, answer due 7/14/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 06/30/2021 | 18 | SUMMONS Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Javan Fowlkes served on 6/23/2021, answer due 7/14/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 06/30/2021 | 19 | WAIVER OF SERVICE Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. City of St. Louis, Missouri waiver signed on 6/2/2021, answer due 8/2/2021. (Breihan, Amy) (Entered: 06/30/2021) |

| | | |
|---|---|---|
| 06/30/2021 | 20 | WAIVER OF SERVICE Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Adrian Barnes waiver signed on 6/2/2021, answer due 8/2/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 06/30/2021 | 21 | WAIVER OF SERVICE Returned Executed filed by Jerome Jones, Derrick Jones, Darnell Rusan. Jeffrey Carson waiver signed on 6/29/2021, answer due 8/30/2021. (Breihan, Amy) (Entered: 06/30/2021) |
| 07/13/2021 | 22 | MOTION for Leave to Conduct Limited Early Discovery on Identifies of Doe Defendants by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Breihan, Amy) (Entered: 07/13/2021) |
| 07/13/2021 | 23 | MEMORANDUM in Support of Motion re 22 MOTION for Leave to Conduct Limited Early Discovery on Identifies of Doe Defendants filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit 1st RFPs to City re Doe Defs, # 2 Exhibit 1st ROGs to City re Doe Defs, # 3 Exhibit Email chain)(Breihan, Amy) (Entered: 07/13/2021) |
| 07/14/2021 | 24 | MOTION to Dismiss Case by Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 07/14/2021) |
| 07/14/2021 | 25 | MEMORANDUM in Support of Motion re 24 MOTION to Dismiss Case filed by Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Attachments: # 1 Exhibit Ex. A, PC Statement)(Dierker, Catherine) (Entered: 07/14/2021) |
| 07/15/2021 | 26 | ENTRY of Appearance by William Patrick Mobley for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Mobley, William) (Entered: 07/15/2021) |
| 07/23/2021 | 27 | ORDER: IT IS HEREBY ORDERED that the Clerk of the Court shall randomly reassign this case to a United States District Judge for all further proceedings. Signed by Magistrate Judge Noelle C. Collins on July 23, 2021. (BRP) (Entered: 07/23/2021) |
| 07/26/2021 | 28 | REASSIGNMENT ORDER (GJL). Magistrate Judge Noelle C. Collins no longer assigned to case. Case reassigned to District Judge Jean C. Hamilton for all further proceedings. (KXS) (Entered: 07/26/2021) |
| 07/28/2021 | 29 | MEMORANDUM in Opposition re 24 MOTION to Dismiss Case filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Nimni, Oren) (Entered: 07/28/2021) |
| 07/28/2021 | 30 | RESPONSE in Opposition re 22 MOTION for Leave to Conduct Limited Early Discovery on Identifies of Doe Defendants filed by Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 07/28/2021) |
| 08/09/2021 | 31 | REPLY to Response to Motion re 24 MOTION to Dismiss Case filed by Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis. (Dierker, Catherine) (Entered: 08/09/2021) |
| 08/09/2021 | 32 | REPLY to Response to Motion re 22 MOTION for Leave to Conduct Limited Early Discovery on Identifies of Doe Defendants filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Hanlon, Maureen) (Entered: 08/09/2021) |
| 08/18/2021 | 33 | |

| | | |
|---|---|---|
| | | ORDER SETTING RULE 16 TELEPHONE CONFERENCE – IT IS HEREBY ORDERED that: This case is assigned to Track: 2. Joint Scheduling Plan due by 9/6/2021. Rule 16 Conference set for 9/14/2021 10:00 AM in Telephone Conference in Chambers before District Judge Jean C. Hamilton. [SEE ORDER FOR FULL DETAILS] Signed by District Judge Jean C. Hamilton on 8/18/2021. (KEK) (Entered: 08/18/2021) |
| 09/07/2021 | 34 | JOINT SCHEDULING PLAN by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. . (Attachments: # 1 Text of Proposed Order Proposed Order)(Breihan, Amy) (Entered: 09/07/2021) |
| 09/14/2021 | 35 | FEDERAL RULE OF EVIDENCE 502(D) ORDER. See order for full details. Signed by District Judge Jean C. Hamilton on 09/14/2021. (ANP) (Entered: 09/14/2021) |
| 09/14/2021 | 36 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Jean C. Hamilton:Rule 16 Conference held on 9/14/2021. Conference held by phone. CMO to issue. (Notice only, no.pdf attached.). (proceedings started: 10:02 am) (proceedings ended: 10:13 am) (ANP) (Entered: 09/14/2021) |
| 09/15/2021 | 37 | CASE MANAGEMENT ORDER – TRACK 2: STANDARD – IT IS HEREBY ORDERED that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances: [SEE ORDER FOR FULL DETAILS] Signed by District Judge Jean C. Hamilton on 9/15/2021. (KEK) (Entered: 09/15/2021) |
| 09/28/2021 | 38 | ENTRY of Appearance by Adriano Alfonso Martinez for Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Martinez, Adriano) (Entered: 09/28/2021) |
| 10/08/2021 | 39 | Consent MOTION for Protective Order *Agreed Qualified HIPAA Protective Order* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Proposed HIPAA Protective Order)(Hanlon, Maureen) (Entered: 10/08/2021) |
| 10/12/2021 | 40 | Docket Text ORDER: Re: 39 Consent MOTION for Protective Order *Agreed Qualified HIPAA Protective Order* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Proposed HIPAA Protective Order)(Hanlon, Maureen) filed by Jerome Jones, Derrick Jones, Darnell Rusan ; ORDERED GRANTED. SO ORDERED. Signed by District Judge Jean C. Hamilton on 10/12/2021. (ANP) (Entered: 10/12/2021) |
| 10/12/2021 | 41 | AGREED QUALIFIED HIPAA PROTECTIVE ORDER. SO ORDERED. See order for full details. Signed by District Judge Jean C. Hamilton on 10/12/2021. (ANP) (Entered: 10/12/2021) |
| 10/19/2021 | 42 | ENTRY of Appearance by Shubra Ohri for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 10/19/2021) |
| 10/20/2021 | 43 | ENTRY of Appearance by Stephen M. Ryals for Plaintiff Derrick Jones. (Ryals, Stephen) (Entered: 10/20/2021) |
| 11/22/2021 | 44 | ENTRY of Appearance by Brittney Watkins for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Watkins, Brittney) (Entered: 11/22/2021) |
| 11/23/2021 | 45 | Docket Text ORDER: Re: 22 MOTION for Leave to Conduct Limited Early Discovery on Identifies of Doe Defendants by Plaintiffs Derrick Jones, Jerome Jones, |

| | | |
|---|---|---|
| | | Darnell Rusan. (Breihan, Amy) filed by Jerome Jones, Derrick Jones, Darnell Rusan ; ORDERED DENIED AS MOOT. Signed by District Judge Jean C. Hamilton on 11/23/2021. (NEP) (Entered: 11/23/2021) |
| 12/22/2021 | 46 | MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 12/22/2021) |
| 12/22/2021 | 47 | MEMORANDUM in Support of Motion re 46 MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7)(Ohri, Shubra) (Entered: 12/22/2021) |
| 01/04/2022 | 48 | MOTION to Sever *and Bifurcate* by Defendants Direll Alexander, Adrian Barnes, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 01/04/2022) |
| 01/04/2022 | 49 | MEMORANDUM in Support of Motion re 48 MOTION to Sever *and Bifurcate* filed by Defendants Direll Alexander, Adrian Barnes, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Michelle Lewis, Aisha Turner. (Attachments: # 1 Exhibit Ex. 1, Plaintiffs' Third RFP)(Dierker, Catherine) (Entered: 01/04/2022) |
| 01/05/2022 | 50 | RESPONSE to Motion re 46 MOTION to Compel *and Modify CMO* filed by Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Michelle Lewis, Aisha Turner. (Attachments: # 1 Exhibit Defendants' Exhibit A)(Martinez, Adriano) (Entered: 01/05/2022) |
| 01/13/2022 | 51 | Docket Text ORDER: Re: 46 MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) filed by Jerome Jones, Derrick Jones, Darnell Rusan; ORDERED GRANTED to the extent that Plaintiffs seek a 60 day extension of the deadline for amending the pleadings, **the Motion to Compel is held in abeyance.** (Motion to Join Parties due by 3/14/2022.) Signed by District Judge Jean C. Hamilton on 01/13/2022. (ANP) (Entered: 01/13/2022) |
| 01/13/2022 | 52 | MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that Defendants' motion to dismiss is GRANTED in part and DENIED in part. (Doc. No. 24 ). IT IS FURTHER ORDERED that Defendants motion to dismiss the official capacity claims against Defendants Adrian Barnes and Jeffrey Carson is GRANTED. IT IS FINALLY ORDERED that Defendants motion to dismiss is DENIED in all other respects. Signed by District Judge Jean C. Hamilton on 1/13/2022. (KEK) (Entered: 01/13/2022) |
| 01/18/2022 | 53 | REPLY to Response to Motion re 46 MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Plaintiffs Rule 26 disclosures, # 2 Exhibit Def Response to Plaintiffs Interrogatories, # 3 Exhibit CJC Staffing Rosters)(Hanlon, Maureen) (Entered: 01/18/2022) |
| 01/18/2022 | 54 | MEMORANDUM in Opposition re 48 MOTION to Sever *and Bifurcate* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ohri, Shubra) (Entered: 01/18/2022) |
| 01/27/2022 | 55 | Consent MOTION for Extension of Time to File Response/Reply as to 54 Memorandum in Opposition to Motion *to sever and/or bifurcate* by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 01/27/2022) |

| 01/28/2022 | 56 | ANSWER to 9 Amended Complaint,,, by Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner.(Martinez, Adriano) (Entered: 01/28/2022) |
|---|---|---|
| 01/31/2022 | 57 | Docket Text ORDER: Re: 55 Consent MOTION for Extension of Time to File Response/Reply as to 54 Memorandum in Opposition to Motion *to sever and/or bifurcate* by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine); GRANTED. Signed by District Judge Jean C. Hamilton on 01/31/2022. (KRZ) (Entered: 01/31/2022) |
| 01/31/2022 | 58 | REPLY to Response to Motion re 48 MOTION to Sever *and Bifurcate* filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 01/31/2022) |
| 02/16/2022 | 59 | MOTION for Leave to File an Oversized Memorandum in Support of their Motion to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit A – Memorandum in Support of Plaintiff's Motion to Compel, # 2 Exhibit 1 – Defs' Initial Responses to Third RFPs, # 3 Exhibit 2 – email chain between S. Ohri and C. Dierker, # 4 Exhibit 3 – email from S. Ohri to C. Dierker and A. Martinez, # 5 Exhibit 4 – Defs' First Suppl. Resp. to Third RFPs, # 6 Exhibit 5 – email chain between S. Ohri and A. Martinez, # 7 Exhibit 6 – email from S. Ohri to A. Martinez)(Breihan, Amy) (Entered: 02/16/2022) |
| 02/17/2022 | 60 | Docket Text ORDER: Re: 59 MOTION for Leave to File an Oversized Memorandum in Support of their Motion to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan.; ORDERED GRANTED. Signed by District Judge Jean C. Hamilton on 2/17/2022. (NEP) (Entered: 02/17/2022) |
| 02/17/2022 | 62 | MOTION to Compel *Defendant's Responses to Plaintiffs' Third Set of Requests for Production* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Breihan, Amy) (Entered: 02/17/2022) |
| 02/17/2022 | 63 | MEMORANDUM in Support of Motion re 62 MOTION to Compel *Defendant's Responses to Plaintiffs' Third Set of Requests for Production* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit 1 – Initial Response to Pltfs' 3rd RFP, # 2 Exhibit 2 – email re: 12/10 meet and confer, # 3 Exhibit 3 – email re: status of personnel files, # 4 Exhibit 4 – First Suppl Resp to Pltfs' 3rd RFP, # 5 Exhibit 5 – email re: 1/13 meet and confer, # 6 Exhibit 6 – email re: revised definition of events)(Breihan, Amy) (Entered: 02/17/2022) |
| 02/17/2022 | | ***REMARK: Document 61 was removed by the Clerk at the request of Plaintiffs' Counsel to file their new motion first. Counsel did not wait for a response from the Court and filed their Motion and Memo. There will be no document 61 in this case now. (NEP) (Entered: 02/17/2022) |
| 02/25/2022 | 64 | Consent MOTION to Amend/Correct 37 Case Management Order, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 02/25/2022) |
| 02/28/2022 | 65 | First MOTION for Extension of Time to File Response/Reply *Plaintiffs' Motion to Compel* by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Martinez, Adriano) (Entered: 02/28/2022) |
| 02/28/2022 | 66 | Docket Text ORDER: Re: 64 Consent MOTION to Amend/Correct 37 *Case Management Order*, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) filed by Jerome Jones, Derrick Jones, Darnell Rusan ; ORDERED |

| | | |
|---|---|---|
| | | GRANTED. SO ORDERED. Amended CMO to issue. Signed by District Judge Jean C. Hamilton on 02/28/2022. (ANP) (Entered: 02/28/2022) |
| 02/28/2022 | 67 | Docket Text ORDER: Re: 65 First MOTION for Extension of Time to File Response/Reply *Plaintiffs' Motion to Compel* by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Martinez, Adriano) filed by City of St. Louis, Missouri, Direll Alexander, Javan Fowlkes, Michelle Lewis, Aisha Turner ; ORDERED GRANTED. SO ORDERED. Signed by District Judge Jean C. Hamilton on 02/28/2022. (ANP) (Entered: 02/28/2022) |
| 02/28/2022 | 68 | AMENDED CASE MANAGEMENT ORDER Motion to Join Parties due by 4/14/2022. Discovery Completion due by 7/11/2022. Non–Dispositive Motions due by 7/22/2022. ADR Future Reference 8/2/2022. ADR Completion Deadline due by 10/1/2022. Dispositive Motions due by 10/29/2022. Jury Trial set for 3/6/2023 09:00 AM before District Judge Jean C. Hamilton. Motion in Limine due by 2/24/2022. (see full order for details.) Signed by District Judge Jean C. Hamilton on 02/28/2022. (KRZ) (Entered: 03/03/2022) |
| 03/15/2022 | 69 | MOTION to Amend/Correct 9 Amended Complaint,,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Proposed Second Amended Complaint, # 2 Exhibit to Complaint)(Ohri, Shubra) (Entered: 03/15/2022) |
| 03/15/2022 | 70 | MEMORANDUM in Support of Motion re 69 MOTION to Amend/Correct 9 Amended Complaint,,, filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 03/15/2022) |
| 03/15/2022 | 71 | MOTION to Certify Class by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 03/15/2022) |
| 03/15/2022 | 72 | MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Attachment Memorandum in Support of Plaintiffs' Motion for Class Certification, # 2 Exhibit 1 – Declaration from Dejuan Allen, # 3 Exhibit 2 – Declaration from Ovell Smith, Jr., # 4 Exhibit 3 – Declaration from Steven Washington, # 5 Exhibit 4 – Declaration from Rodney Roberson, # 6 Exhibit 5 – Declaration from Eric J. Williams, # 7 Exhibit 6 – Declaration from Stephen Cannon, # 8 Exhibit 7 – Declaration from Courtnee Poke, # 9 Exhibit 8 – Declaration from Alex Hudson, # 10 Exhibit 9 – Declaration from Andrew Bell, # 11 Exhibit 10 – Declaration from Antonio Carter, # 12 Exhibit 11 – Declaration from David Aaron, # 13 Exhibit 12 – Declaration from Leron Harris, # 14 Exhibit 13 – Declaration from Marcus Ausler, # 15 Exhibit 14 – Declaration from DeAndre Wilkins, # 16 Exhibit 15 – Declaration from De'vion Gordon, # 17 Exhibit 16 – Declaration from Isaiah Gholson, # 18 Exhibit 17 – Declaration from Kevin Moore, # 19 Exhibit 18 – Declaration from Martin Redmond, # 20 Exhibit 19 – Declaration from Reginald Smith, # 21 Exhibit 20 – Declaration from Ronald Roberts, # 22 Exhibit 21 – Declaration from Terrion Phillips, # 23 Exhibit 22 – Declaration from Earnest Moore, # 24 Exhibit 23 – Declaration from Hector Alejandro, # 25 Exhibit 24 – Declaration from Joshua Amerson, # 26 Exhibit 25 – Declaration from Willie Frazier, # 27 Exhibit 26 – Declaration from Devon Watson, # 28 Exhibit 27 – Declaration from Andrew Brummel, # 29 Exhibit 28 – Declaration from Honor Johnson, # 30 Exhibit 29 – Declaration from Robert Judd, # 31 Exhibit 30 – Declaration from Darnell Warren, # 32 Exhibit 31 – Declaration from Samuel Bailey, # 33 Exhibit 32 – Declaration from Maurice Owens, # 34 Exhibit 33 – Declaration from John T. Albert, # 35 Exhibit 34 – Declaration from Tevin Collins, # 36 Exhibit 35 – Declaration from Montrell Tickens, # 37 Exhibit 36 – Declaration |

| | | |
|---|---|---|
| | | from DeWight Williams, # <u>38</u> Exhibit 37 – Declaration from Ronald Fisher, # <u>39</u> Exhibit 38 – Declaration from Joseph D. Jones, # <u>40</u> Exhibit 39 – St. Louis City DOC Inmate Roster 12/27/21, # <u>41</u> Exhibit 40 – Affidavit of Cynthia West)(Ohri, Shubra) (Entered: 03/15/2022) |
| 03/15/2022 | <u>73</u> | ORDER OF RECUSAL Due to conflict of interest, this Court hereby recuses itself from this case. This case will be reassigned to another Judge. This cause has been reassigned to the Honorable Henry E. Autrey, United States District Judge. Signed by District Judge Jean C. Hamilton on 3/15/2022. (KXS) (Entered: 03/15/2022) |
| 03/15/2022 | <u>75</u> | MEMORANDUM in Support of Plaintiffs' Motion For Class Certification <u>71</u> filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. All exhibits to this memorandum are attached in doc <u>72</u> . (HMA) (Entered: 03/16/2022) |
| 03/16/2022 | 74 | Docket Text ORDER: Re: <u>72</u> MOTION for Leave to File in Excess of Page Limitation filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; LEAVE TO FILE IN EXCESS OF PAGE LIMITATION IS GRANTED. Signed by District Judge Henry Edward Autrey on 3/16/2022. (HMA) (Entered: 03/16/2022) |
| 03/16/2022 | <u>76</u> | RESPONSE in Opposition re <u>62</u> MOTION to Compel *Defendant's Responses to Plaintiffs' Third Set of Requests for Production* filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Martinez, Adriano) (Entered: 03/16/2022) |
| 03/21/2022 | <u>77</u> | MOTION for Extension of Time to File Response/Reply as to <u>69</u> MOTION to Amend/Correct <u>9</u> Amended Complaint,,, by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 03/21/2022) |
| 03/22/2022 | <u>78</u> | MOTION for Extension of Time to File Response/Reply as to <u>71</u> MOTION to Certify Class by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 03/22/2022) |
| 03/22/2022 | 79 | Docket Text ORDER: Re: <u>77</u> MOTION for Extension of Time to File Response/Reply as to <u>69</u> MOTION to Amend/Correct <u>9</u> Amended Complaint by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner; ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING APRIL 12, 2022. (Response to Court due by 4/12/2022) Signed by District Judge Henry Edward Autrey on 3/22/2022. (JEB) (Entered: 03/22/2022) |
| 03/23/2022 | <u>80</u> | RESPONSE to Motion re <u>78</u> MOTION for Extension of Time to File Response/Reply as to <u>71</u> MOTION to Certify Class filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Hanlon, Maureen) (Entered: 03/23/2022) |
| 03/23/2022 | 81 | Docket Text ORDER: Re: <u>78</u> MOTION for Extension of Time to File Response/Reply as to <u>71</u> MOTION to Certify Class by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner; THIS MOTION IS UNTIMELY FILED AS THERE IS NO RULING ON THE MOTION FOR LEAVE TO AMEND. THE CITY OF ST. LOUIS HAS PREVIOUSLY BEEN GRANTED UP TO APRIL 12, 2022 TO FILE ITS RESPONSE TO THE MOTION FOR LEAVE TO AMEND. Signed by District Judge Henry Edward Autrey on 3/23/2022. (JEB) (Entered: 03/23/2022) |
| 03/28/2022 | <u>82</u> | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 62 MOTION to Compel *Defendant's Responses to Plaintiffs' Third Set of Requests for Production* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Bartlett, Lauren) (Entered: 03/28/2022) |
| 04/06/2022 | 83 | Unopposed MOTION for Hearing *To Set a Status Conference* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 04/06/2022) |
| 04/06/2022 | 84 | Docket Text ORDER: Re: 62 MOTION to Compel Defendant's Responses to Plaintiffs' Third Set of Requests for Production by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; UPON REVIEW OF THE RECORD AS IT RELATES TO THE MOTION TO COMPEL, THE MOTION IS DENIED AS MOOT AT THIS TIME SUBJECT TO BEING REVISITED IN THE EVENT OF DEFENDANTS FAILURE TO COMPLY AS NOTED IN DEFENDANTS FILED RESPONSE TO THE MOTION. IT IS FURTHER ORDERED THAT THE PARTIES ARE TO MEET AND SERIOUSLY CONFER ON THE RESOLUTION OF ANY OUTSTANDING DISCOVERY MATTERS RELATING TO OR ARISING OUT OF Doc. # 62 . SO ORDERED. Signed by District Judge Henry Edward Autrey on 4/6/2022. (JEB) (Entered: 04/06/2022) |
| 04/06/2022 | 85 | Docket Text ORDER: Re: 46 MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; ORDERED DENIED AS MOOT. Signed by District Judge Henry Edward Autrey on 4/6/2022. (JEB) (Entered: 04/06/2022) |
| 04/07/2022 | 86 | Docket Text ORDER: Re: 83 Unopposed MOTION for Hearing To Set a Status Conference by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 4/7/2022. (JEB) (Entered: 04/07/2022) |
| 04/12/2022 | 87 | MOTION for Leave to File in Excess of Page Limitation *with Response Attached as Exhibit* by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Attachments: # 1 Exhibit Defendants' Response in Opposition to Plaintiffs' Motion for Leave to Amend, # 2 Exhibit Ex. A to Def's Response (Placeholder), # 3 Exhibit Ex. B to Def's Response (Placeholder))(Dierker, Catherine) (Entered: 04/12/2022) |
| 04/13/2022 | 88 | MOTION to Amend/Correct 68 Case Management Order – Amended, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 04/13/2022) |
| 04/13/2022 | 89 | Docket Text ORDER: Re 87 MOTION for Leave to File in Excess of Page Limitation with Response Attached as Exhibit filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner; LEAVE TO FILE IS GRANTED. Signed by District Judge Henry Edward Autrey on 4/13/2022. (HMA) (Entered: 04/13/2022) |
| 04/13/2022 | 90 | RESPONSE in Opposition re 69 MOTION to Amend/Correct 9 Amended Complaint, filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (HMA) (Entered: 04/13/2022) |
| 04/14/2022 | 91 | NOTICE of Filing Exhibit with the Clerk's Office in paper format by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner re 90 Response in Opposition to Motion. (Hard copy of exhibits located in the clerk's office) (JEB) (Entered: 04/14/2022) |
| 04/14/2022 | 92 | |

| | | |
|---|---|---|
| | | ORDER. IT IS HEREBY ORDERED that a status conference is set in matter for May 3, 2022, at 10:45 a.m. and will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1–669–254–5252, Meeting ID: 160 994 6867. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video. (Status Conference set for 5/3/2022 10:45 AM in Zoom Video Conference before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 4/14/22. (EAB) (Entered: 04/14/2022) |
| 04/20/2022 | 93 | Consent MOTION for Extension of Time to File Response/Reply as to 90 Response in Opposition to Motion, 69 MOTION to Amend/Correct 9 Amended Complaint,,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 04/20/2022) |
| 04/21/2022 | 94 | Docket Text ORDER: Re: 93 Consent MOTION for Extension of Time to File Response/Reply as to 90 Response in Opposition to Motion, 69 MOTION to Amend/Correct 9 Amended Complaintby Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING APRIL 26, 2022. (Response to Court due by 4/26/2022) Signed by District Judge Henry Edward Autrey on 4/21/2022. (JEB) (Entered: 04/21/2022) |
| 04/26/2022 | 95 | MOTION for Leave to File Instanter an Oversized Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Attachment Reply to Defendants' Response In Opposition to Plaintiffs' Motion for Leave to File A Second Amended Complaint, # 2 Exhibit 1 to Reply Brief)(Ohri, Shubra) (Entered: 04/26/2022) |
| 04/27/2022 | 96 | Docket Text ORDER: Re 95 MOTION for Leave to File Instanter an Oversized Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; ORDERED LEAVE TO FILE IS GRANTED. Signed by District Judge Henry Edward Autrey on 4/27/2022. (HMA) (Entered: 04/27/2022) |
| 04/27/2022 | 97 | PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO THEIR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT re 69 MOTION to Amend/Correct 9 Amended Complaint filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit Exhibit 1 to Reply Brief)(HMA) (Entered: 04/27/2022) |
| 04/29/2022 | 98 | STATUS REPORT by Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra) (Entered: 04/29/2022) |
| 05/02/2022 | 99 | MOTION for Leave to Withdraw as Counsel of Record by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine) (Entered: 05/02/2022) |
| 05/03/2022 | 100 | Docket Text ORDER: Re: 99 MOTION for Leave to Withdraw as Counsel of Record filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Dierker, Catherine); GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 5/3/2022. (HMA) (Entered: |

| | | |
|---|---|---|
| | | 05/03/2022) |
| 05/03/2022 | 101 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Status Conference held on 5/3/2022. Counsel participate by Zoom. Counsel present. Both sides update the Court on the status of the case and discuss current pending deadlines. (Court Reporter:Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978) (proceedings started: 10:49 am) (proceedings ended: 11:21 am) (Deputy Clerk: H. Aubuchon)(Appearance for Plaintiff: Shubra Ohri, Maureen Hanlon)(Appearance for Defendant: Adriano Martinez) (HMA) (Entered: 05/03/2022) |
| 05/05/2022 | 102 | TRANSCRIPT ORDER REQUEST for 101 (STATUS CONFERENCE) by Derrick Jones, Jerome Jones, Darnell Rusan before Judge Autrey.. (Ohri, Shubra) (request sent to court report to court report Angela Daley on 5/6/2022) Modified on 5/6/2022 (HMA). (Entered: 05/05/2022) |
| 05/05/2022 | 103 | Docket Text ORDER: Re 88 MOTION to Amend/Correct 68 Case Management Order – Amended filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Ohri, Shubra); ORDERED ADDITIONAL TIME TO AMEND PLEADINGS AND JOIN PARTIES IS GRANTED UP TO AND INCLUDING JUNE 13, 2022. (Response to Court due by 6/13/2022). Signed by District Judge Henry Edward Autrey on 5/5/22. (EAB) (Entered: 05/05/2022) |
| 05/06/2022 | 104 | Docket Text ORDER: Re: 69 MOTION to Amend/Correct 9 Amended Complaint by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 5/6/2022. (JEB) (Entered: 05/06/2022) |
| 05/06/2022 | 105 | SECOND AMENDED COMPLAINT against defendants Direll Alexander, City of St. Louis, Missouri, Jane Doe, John Does 1–2, Javan Fowlkes, Michelle Lewis, Aisha Turner, Marrell Withers. Amendment to 9 Amended Complaint, JURY TRIAL DEMANDED, filed by Jerome Jones, Derrick Jones, Darnell Rusan. Related document: 9 Amended Complaint, filed by Jerome Jones, Derrick Jones, Darnell Rusan. (Attachments: # 1 Exhibit A)(JEB) (Entered: 05/16/2022) |
| 05/17/2022 | 106 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Process Server: Dahlberg & Associates, LLC (Ohri, Shubra) (Main Document 106 replaced on 5/18/2022) (JEB). (Entered: 05/17/2022) |
| 05/17/2022 | 107 | DUPLICATE OF #106. NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Process Server: Dahlberg & Associates, LLC (Ohri, Shubra) (Main Document 107 replaced on 5/18/2022) (JEB). (Entered: 05/17/2022) |
| 05/17/2022 | 108 | TRANSCRIPT of 101 (STATUS CONFERENCE) held on 5/3/2022 before Judge Autrey. Court Reporter/Transcriber Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/7/2022. Redacted Transcript Deadline set for 6/17/2022. Release of Transcript Restriction set for 8/15/2022. (HMA) (Entered: 05/17/2022) |
| 05/18/2022 | 109 | MOTION for Extension of Time to File Response/Reply as to 71 MOTION to Certify Class , 105 Amended Complaint, by Defendants Direll Alexander, City of St. |

| | | |
|---|---|---|
| | | Louis, Missouri, Javan Fowlkes, Aisha Turner. (Martinez, Adriano) (Main Document 109 replaced on 5/18/2022) (JEB). (Entered: 05/18/2022) |
| 05/19/2022 | 110 | MEMORANDUM re 106 Notice of Process Server *Request for Issuance of Summons* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Summons Borders Summons, # 2 Summons Richard Summons)(Ohri, Shubra) (Entered: 05/19/2022) |
| 05/19/2022 | 111 | Docket Text ORDER: Re 109 MOTION for Extension of Time to File Response/Reply as to 71 MOTION to Certify Class, 105 Amended Complaint, filed by Defendants Direll Alexander, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner; ORDERED ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING JUNE 3, 2022. Signed by District Judge Henry Edward Autrey on 5/19/2022. (HMA) (Entered: 05/19/2022) |
| 05/19/2022 | 112 | OPINION MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Defendants' Motion to Sever and Bifurcate [Doc. No. 48 ] is DENIED. Signed by District Judge Henry Edward Autrey on 5/19/2022. (JEB) (Entered: 05/19/2022) |
| 05/20/2022 | 113 | Summons Issued as to defendant Bruce Borders, Sherry Richard. The summons was emailed to Attorney Shubra Ohri for service. (HMA) (Entered: 05/20/2022) |
| 05/24/2022 | 114 | Filed in Error. Summons Returned Unexecuted by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan as to Sherry Richard. (Ohri, Shubra) Modified on 5/27/2022 (HMA). (Entered: 05/24/2022) |
| 05/24/2022 | 115 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Process Server: Atlanta Process Servers (Attachments: # 1 Summons Defendant Sherry Richard)(Ohri, Shubra) (Entered: 05/24/2022) |
| 05/24/2022 | 116 | MEMORANDUM *for Clerk requesting issuance of Alias/Pluries Summons* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Summons Defendant Sherry Richard)(Ohri, Shubra) (Entered: 05/24/2022) |
| 05/24/2022 | 117 | SUMMONS Returned Executed filed by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan. Bruce Borders served on 5/24/2022, answer due 6/14/2022. (Attachments: # 1 Affidavit of Service on Borders)(Ohri, Shubra) (Entered: 05/24/2022) |
| 05/25/2022 | 118 | ENTRY of Appearance by Lawrence L. Pratt for Defendants Direll Alexander, Adrian Barnes, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Michelle Lewis, Aisha Turner. (Pratt, Lawrence) (Entered: 05/25/2022) |
| 05/25/2022 | 119 | Alias Summons Issued as to defendant Sherry Richard. The summons was emailed to Attorney Shubra Ohri. (HMA) (Entered: 05/25/2022) |
| 06/03/2022 | 120 | ENTRY of Appearance by Adriano Alfonso Martinez for Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner. (Martinez, Adriano) (Entered: 06/03/2022) |
| 06/03/2022 | 121 | RESPONSE in Opposition re 71 MOTION to Certify Class filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Martinez, Adriano) (Entered: 06/03/2022) |

| 06/03/2022 | 122 | MOTION to Dismiss Case by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner, Debra Willis. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 06/03/2022) |
|---|---|---|
| 06/03/2022 | 123 | MEMORANDUM in Support of Motion re 122 MOTION to Dismiss Case filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner, Sidney Turner, Debra Willis. (Pratt, Lawrence) (Entered: 06/03/2022) |
| 06/06/2022 | | EXHIBITS A, B, and C received in (CD format) re: # 121 from Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner. (Exhibits are located in The Clerk's Office file room).(EAB) (Entered: 06/17/2022) |
| 06/09/2022 | 124 | Summons Returned Unexecuted by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan as to Sherry Richard. (Ohri, Shubra) (Entered: 06/09/2022) |
| 06/09/2022 | 125 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Process Server: Atlanta Process Servers (Attachments: # 1 Summons Defendant Sherry Richard)(Ohri, Shubra) (Entered: 06/09/2022) |
| 06/09/2022 | 126 | MEMORANDUM *for Clerk requesting issuance of Alias Summons* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Summons Defendant Sherry Richard)(Ohri, Shubra) (Entered: 06/09/2022) |
| 06/09/2022 | 127 | Unopposed MOTION for Leave to File Third Amended Complaint by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Attachment Third Amended Complaint, # 2 Exhibit s to Third Amended Complaint)(Ohri, Shubra) (Entered: 06/09/2022) |
| 06/09/2022 | 128 | MEMORANDUM in Support of Motion re 127 Unopposed MOTION for Leave to File Third Amended Complaint filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 06/09/2022) |
| 06/10/2022 | 129 | Pluries Summons Issued as to defendant Sherry Richard. The summons was emailed to Attorney Shubra Ohri for service. (HMA) (Entered: 06/10/2022) |
| 06/10/2022 | 130 | Docket Text ORDER: Re 127 Unopposed MOTION for Leave to File Third Amended Complaint filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 6/10/2022. (HMA) (Entered: 06/10/2022) |
| 06/10/2022 | 131 | THIRD AMENDED COMPLAINT against defendant Direll Alexander, Bruce Borders, City of St. Louis, Missouri, John Doe, Javan Fowlkes, Sherry Richard, Aisha Turner, Freddie Wills, Douglas Jones and Terminating Debra Willis (in her individual capacity) filed by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(HMA) (Entered: 06/10/2022) |
| 06/13/2022 | 132 | Consent MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Reply In Support of Motion for Class Certification, # 2 Exhibit A – Fant v. Ferguson – 06/09/2022 Order, # 3 Exhibit B – Fowlkes Depo, # 4 Exhibit C – Chemical Agents Policy)(Breihan, Amy) (Entered: 06/13/2022) |
| 06/14/2022 | 133 | Docket Text ORDER: Re: 132 Consent MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell |

| | | |
|---|---|---|
| | | Withers; LEAVE TO FILE IS GRANTED. Signed by District Judge Henry Edward Autrey on 6/14/2022. (JEB) (Entered: 06/14/2022) |
| 06/14/2022 | 134 | REPLY in Support of Motion for Class Certification re 71 MOTION to Certify Class filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(JEB) (Entered: 06/14/2022) |
| 06/17/2022 | 135 | SUMMONS Returned Executed filed by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan. Sherry Richard served on 6/16/2022, answer due 7/7/2022. (Ohri, Shubra) (Main Document 135 replaced on 7/11/2022) (JEB). (Entered: 06/17/2022) |
| 06/24/2022 | 136 | Docket Text ORDER: Re 122 MOTION to Dismiss Case by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Aisha Turner, Debra Willis; ORDERED DENIED AS MOOT. Signed by District Judge Henry Edward Autrey on 6/24/22. (EAB) (Entered: 06/24/2022) |
| 06/29/2022 | 137 | Consent MOTION to Amend/Correct 66 Docket Text Order, *Case Management Order* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 06/29/2022) |
| 06/29/2022 | 138 | NOTICE OF PROCESS SERVER by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Process Server: Dahlberg & Associates, LLC (Attachments: # 1 Summons Captain Freddie Wills, # 2 Summons Correctional Officer Douglas Jones)(Ohri, Shubra) (Entered: 06/29/2022) |
| 06/30/2022 | 139 | MOTION to Dismiss Case by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Aisha Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 06/30/2022) |
| 06/30/2022 | 140 | MEMORANDUM in Support of Motion re 139 MOTION to Dismiss Case filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Aisha Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 06/30/2022) |
| 06/30/2022 | 141 | Docket Text ORDER: Re: 137 Consent MOTION to Amend/Correct Case Management Order by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 6/30/2022. (JEB) (Entered: 06/30/2022) |
| 07/04/2022 | 142 | First MOTION for Leave to Appear Pro Hac Vice Amaris Montes. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−9379506) by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Certificate of Good Standing MD Certificate of Good Standing−Amaris Montes)(Montes, Amaris) (Entered: 07/04/2022) |
| 07/05/2022 | 143 | Docket Text ORDER: Re 142 First MOTION for Leave to Appear Pro Hac Vice Amaris Montes filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 7/5/2022. (HMA) (Entered: 07/05/2022) |
| 07/08/2022 | 144 | Consent MOTION for Extension of Time to File Response/Reply as to 140 Memorandum in Support of Motion, 139 MOTION to Dismiss Case by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 07/08/2022) |

| 07/11/2022 | 145 | MOTION to Compel by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 07/11/2022) |
|---|---|---|
| 07/11/2022 | 146 | MEMORANDUM in Support of Motion re 145 MOTION to Compel filed by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Pratt, Lawrence) (Entered: 07/11/2022) |
| 07/11/2022 | 147 | Docket Text ORDER: Re: 144 Consent MOTION for Extension of Time to File Response/Reply as to 140 Memorandum in Support of Motion, 139 MOTION to Dismiss Case by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers ; ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING JULY 21, 2022. (Response to Court due by 7/21/2022) Signed by District Judge Henry Edward Autrey on 7/11/2022. (JEB) (Entered: 07/11/2022) |
| 07/11/2022 | 148 | Summons Issued as to defendant Douglas Jones, Freddie Wills. The summons was emailed to Attorney Shubra Ohri. (JEB) (Entered: 07/11/2022) |
| 07/11/2022 | 149 | MOTION to Compel by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 07/11/2022) |
| 07/11/2022 | 150 | MEMORANDUM in Support of Motion re 149 MOTION to Compel filed by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 07/11/2022) |
| 07/11/2022 | 151 | MOTION to Compel by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 07/11/2022) |
| 07/11/2022 | 152 | MEMORANDUM in Support of Motion re 151 MOTION to Compel filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 07/11/2022) |
| 07/14/2022 | 153 | SUMMONS Returned Executed filed by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan. Freddie Wills served on 7/12/2022, answer due 8/2/2022. (Attachments: # 1 Affidavit of Service on Wills)(Ohri, Shubra) (Entered: 07/14/2022) |
| 07/14/2022 | 154 | SUMMONS Returned Executed filed by Marrell Withers, Jerome Jones, Derrick Jones, Darnell Rusan. Douglas Jones served on 7/12/2022, answer due 8/2/2022. (Attachments: # 1 Affidavit of Service on CO Douglas Jones)(Ohri, Shubra) (Entered: 07/14/2022) |
| 07/20/2022 | 155 | |

| | | |
|---|---|---|
| | | Consent MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 07/20/2022) |
| 07/20/2022 | 156 | [DOCUMENT WITHDRAWN Per Order #162] MOTION for Entry of Clerk's Default *Against Defendant Sherry Richard* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A – Affidavit of Service)(Ohri, Shubra) Modified on 7/20/2022 (JEB). (Attachment 1 replaced on 7/21/2022) (JEB). Modified on 7/29/2022 (EAB). (Entered: 07/20/2022) |
| 07/21/2022 | 157 | ENTRY of Appearance by Adriano Alfonso Martinez for Defendant Sherry Richard. (Martinez, Adriano) (Entered: 07/21/2022) |
| 07/21/2022 | 158 | MEMORANDUM in Opposition re 156 MOTION for Default Judgment *Against Defendant Sherry Richard* filed by Defendant Sherry Richard. (Martinez, Adriano) (Entered: 07/21/2022) |
| 07/21/2022 | 159 | RESPONSE in Opposition re 139 MOTION to Dismiss Case filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 07/21/2022) |
| 07/25/2022 | 160 | MEMORANDUM in Opposition re 149 MOTION to Compel , 151 MOTION to Compel , 145 MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Breihan, Amy) (Entered: 07/25/2022) |
| 07/27/2022 | 161 | REPLY to Response to Motion re 156 MOTION for Default Judgment *Against Defendant Sherry Richard* brief to voluntarily withdraw their Motion for Entry of Default against Defendant Sherry Richard in reliance on Defendants promise to file a responsive pleading within 21 days filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (July 26, 2022 email from A. Martinez))(Breihan, Amy) Modified on 7/29/2022 (EAB). (Entered: 07/27/2022) |
| 07/29/2022 | 162 | Docket Text ORDER: Re: 161 REPLY to Response to Motion re 156 MOTION for Default Judgment Against Defendant Sherry Richard, brief to voluntarily withdraw their Motion for Entry of Default against Defendant Sherry Richard in reliance on Defendants promise to file a responsive pleading within 21 days filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; MOTION TO WITHDRAW THE MOTION FOR ENTRY OF CLERK'S DEFAULT IS GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 7/29/22. (EAB) (Entered: 07/29/2022) |
| 08/01/2022 | 163 | REPLY to Response to Motion re 149 MOTION to Compel , 151 MOTION to Compel , 145 MOTION to Compel filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 08/01/2022) |
| 08/01/2022 | 164 | REPLY to Response to Motion re 139 MOTION to Dismiss Case filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 08/01/2022) |
| 08/02/2022 | 165 | |

| | | ORDER: IT IS HEREBY ORDERED that Defendants Motions to Compel [Doc. # 145 ] is GRANTED in all respects EXCEPT as to Interrogatory 12, 13, and 14 as those Interrogatories are vague overbroad and irrelevant as phrased. IT IS FURTHER ORDERED that Defendants Motion to Compel [Doc. # 149 ] is GRANTED in all respects EXCEPT as to Interrogatory 12 as it is vague, overbroad and irrelevant as phrased. IT IS FURTHER ORDERED that Defendants Motion to Compel [Doc. # 151 ] is likewise GRANTED in all respects EXCEPT as to Interrogatory 12 as it is vague, overbroad and irrelevant as phrased. Signed by District Judge Henry Edward Autrey on 8/2/2022. (JEB) (Entered: 08/02/2022) |
|---|---|---|
| 08/04/2022 | 166 | Docket Text ORDER: Re 155 Consent MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 8/4/22. (EAB) (Entered: 08/04/2022) |
| 08/15/2022 | 167 | MOTION to Dismiss Case by Defendant Sherry Richard. (Martinez, Adriano) (Entered: 08/15/2022) |
| 08/15/2022 | 168 | MEMORANDUM in Support of Motion re 167 MOTION to Dismiss Case filed by Defendant Sherry Richard. (Martinez, Adriano) (Entered: 08/15/2022) |
| 08/23/2022 | 169 | AMENDED CASE MANAGEMENT ORDER. Discovery Completion due by 11/11/2022. ADR Future Reference 12/2/2022. Non–Dispositive Motions due by 11/22/2022. Dispositive Motions due by 2/28/2023. Pretrial Compliance due by 7/10/2023. Jury Trial set for 7/24/2023 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 8/23/2022. (KXS) Modified on 8/24/2022 (HMA). (Entered: 08/23/2022) |
| 08/23/2022 | 170 | ORDER REFERRING CASE to Alternative Dispute Resolution. This case is referred to: Mediation Designation of Lead Counsel: Amy Elizabeth Breihan ADR Completion Deadline due by 2/1/2023. ADR Compliance Report Deadline due by 2/15/2023. Designation of Neutral/Conference Report due by 12/23/2022. Signed by District Judge Henry Edward Autrey on 8/23/2022. (KXS) (Entered: 08/23/2022) |
| 08/24/2022 | 171 | MOTION to Quash *Notice of Deposition and for Protective Order* by Defendant Bruce Borders. (Pratt, Lawrence) (Entered: 08/24/2022) |
| 08/24/2022 | 172 | MEMORANDUM in Support of Motion re 171 MOTION to Quash *Notice of Deposition and for Protective Order* filed by Defendant Bruce Borders. (Pratt, Lawrence) (Entered: 08/24/2022) |
| 08/24/2022 | 173 | RESPONSE to Motion re 171 MOTION to Quash *Notice of Deposition and for Protective Order* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 08/24/2022) |
| 08/26/2022 | 174 | MOTION to Clarify 165 Order,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit A – Plaintiffs' Interrogatory Responses)(Ohri, Shubra) (Entered: 08/26/2022) |
| 08/26/2022 | 175 | Third MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 08/26/2022) |
| 08/26/2022 | 176 | MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (Proposed Memorandum in Support of Third Motion to Compel))(Breihan, Amy) (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 08/29/2022 | 177 | MEMORANDUM in Opposition re 167 MOTION to Dismiss Case filed by Plaintiff Derrick Jones. (Hanlon, Maureen) (Entered: 08/29/2022) |
| 09/15/2022 | 178 | MOTION for Extension of Time to File Response/Reply as to 175 Third MOTION to Compel by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Michelle Lewis, Sherry Richard, Sidney Turner, Debra Wills, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 09/15/2022) |
| 09/15/2022 | 179 | MEMORANDUM in Support of Motion re 178 MOTION for Extension of Time to File Response/Reply as to 175 Third MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 09/15/2022) |
| 09/16/2022 | 180 | RESPONSE to Motion re 178 MOTION for Extension of Time to File Response/Reply as to 175 Third MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 09/16/2022) |
| 09/16/2022 | 181 | Docket Text ORDER: Re: 176 MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 9/15/2022. (JEB) (Entered: 09/16/2022) |
| 09/16/2022 | 182 | Docket Text ORDER: Re: 178 MOTION for Extension of Time to File Response/Reply as to 175 Third MOTION to Compel by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Michelle Lewis, Sherry Richard, Sidney Turner, Debra Willis, Freddie Wills; ORDERED GRANTED. DEFENDANTS ARE GIVEN AN ADDITIONAL TEN (10) DAYS IN WHICH TO FILE RESPONSE TO #175. (Response to Court due by 9/26/2022) Signed by District Judge Henry Edward Autrey on 9/16/2022. (JEB) (Entered: 09/16/2022) |
| 09/16/2022 | 183 | MEMORANDUM in Support of Motion re 175 Third MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Breihan, Amy) (Entered: 09/16/2022) |
| 09/23/2022 | 184 | MOTION to Compel *Defendant City of St. Louis to Produce 30(b)(6) Deposition Witness* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 09/23/2022) |
| 09/23/2022 | 185 | MEMORANDUM in Support of Motion re 184 MOTION to Compel *Defendant City of St. Louis to Produce 30(b)(6) Deposition Witness* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 – 30(b)(6) Deposition Notice, # 2 Exhibit 2 – Amended 30(b)(6) Deposition Notice, # 3 Exhibit 3 – Email)(Ohri, Shubra) (Entered: 09/23/2022) |
| 09/23/2022 | 186 | MOTION to Quash *and for Protective Order* by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Sherry Richard, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Pratt, Lawrence) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/23/2022 | 187 | MEMORANDUM in Support of Motion re 186 MOTION to Quash *and for Protective Order* filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Pratt, Lawrence) (Entered: 09/23/2022) |
| 09/26/2022 | 188 | RESPONSE in Opposition re 175 Third MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Pratt, Lawrence) (Entered: 09/26/2022) |
| 09/27/2022 | 189 | MEMORANDUM in Opposition re 186 MOTION to Quash *and for Protective Order* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 – 30(b)(6) Deposition Notice, # 2 Exhibit 2 – Amended 30(b)(6) Deposition Notice, # 3 Exhibit 3 – Email)(Breihan, Amy) (Entered: 09/27/2022) |
| 10/04/2022 | 190 | ENTRY of Appearance by Andrew David Wheaton for Defendant City of St. Louis, Missouri. (Wheaton, Andrew) (Entered: 10/04/2022) |
| 10/04/2022 | 191 | MOTION for Extension of Time to File Response/Reply as to 188 Response in Opposition to Motion, by Defendant City of St. Louis, Missouri. (Wheaton, Andrew) (Entered: 10/04/2022) |
| 10/05/2022 | 192 | Docket Text ORDER: Re: 191 MOTION for Extension of Time to File Response/Reply as to 188 Response in Opposition to Motion by Defendant City of St. Louis, Missouri; ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING OCTOBER 13, 2022. (Response to Court due by 10/13/2022) Signed by District Judge Henry Edward Autrey on 10/5/2022. (JEB) (Entered: 10/05/2022) |
| 10/06/2022 | 193 | MOTION for Leave to File in Excess of Page Limitation *Instanter* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Exhibit 1 – Plaintiffs' Reply in Support of Plaintiffs' Third Motion to Compel)(Bartlett, Lauren) (Entered: 10/06/2022) |
| 10/07/2022 | 194 | Docket Text ORDER: Re: 193 MOTION for Leave to File in Excess of Page Limitation *Instanter* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. ORDERED: LEAVE TO FILE IN EXCESS OF PAGE LIMITATION IS GRANTED. Signed by District Judge Henry Edward Autrey on 10/7/2022. (CBL) (Entered: 10/07/2022) |
| 10/07/2022 | 195 | REPLY to Response to Motion re 175 Third MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (CBL) (Additional attachment(s) added on 10/13/2022: # 1 Attachment Proposed Order) (EAB). (Entered: 10/07/2022) |
| 10/10/2022 | 196 | REPLY to Response to Motion re 186 MOTION to Quash *and for Protective Order* filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Attachments: # 1 Exhibit Exhibits A and B, # 2 Exhibit Exhibit C, # 3 Exhibit Exhibit D)(Pratt, Lawrence) (Entered: 10/10/2022) |
| 10/14/2022 | 197 | MOTION for Sanctions by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, |

| | | |
|---|---|---|
| | | Freddie Wills. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Pratt, Lawrence) (Entered: 10/14/2022) |
| 10/14/2022 | <u>198</u> | MEMORANDUM in Support of Motion re <u>197</u> MOTION for Sanctions filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Pratt, Lawrence) (Entered: 10/14/2022) |
| 10/21/2022 | <u>199</u> | Consent MOTION to Amend/Correct <u>169</u> Case Management Order – Amended, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 10/21/2022) |
| 10/24/2022 | 200 | Docket Text ORDER: Re: <u>199</u> Consent MOTION to Amend/Correct <u>169</u> Case Management Order – Amended by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 10/24/2022. (JEB) (Entered: 10/24/2022) |
| 10/24/2022 | <u>201</u> | FOURTH AMENDED CASE MANAGEMENT ORDER (See Full Order for Complete Details). This case is assigned to Track: 2 (Standard). Discovery Completion due by 12/2/2022. Non–Dispositive Motions due by 12/13/2022. ADR Future Reference 12/2/2022. ADR Completion Deadline due by 2/1/2023. ADR Compliance Report Deadline due by 2/15/2023. Dispositive Motions due by 3/21/2023. Pretrial Compliance due by 7/10/2023. Motion in Limine due by 7/10/2023.Jury Trial set for 7/24/2023 at 9:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 10/24/22. (EAB) (Entered: 10/24/2022) |
| 10/27/2022 | 202 | *DOCUMENT DELETED PER CHAMBERS DUE TO INCORRECT FILING. ATTORNEY NOTIFIED TO REFILE* REPLY to Response to Motion re <u>174</u> MOTION to Clarify <u>165</u> Order,, filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) Modified on 10/28/2022 (JEB). (Entered: 10/27/2022) |
| 10/27/2022 | 203 | *DOCUMENT DELETED PER CHAMBERS DUE TO INCORRECT FILING. ATTORNEY NOTIFIED TO REFILE* REPLY to Response to Motion re <u>184</u> MOTION to Compel *Defendant City of St. Louis to Produce 30(b)(6) Deposition Witness* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) Modified on 10/28/2022 (JEB). (Entered: 10/27/2022) |
| 10/27/2022 | <u>204</u> | FIFTH MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Ohri, Shubra) (Entered: 10/27/2022) |
| 10/28/2022 | <u>205</u> | RESPONSE in Opposition re <u>197</u> MOTION for Sanctions filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # <u>1</u> Exhibit 1 (Sept. 13, 2022, email from S. Ohri to L. Pratt), # <u>2</u> Exhibit (Aug. 31, 2022 email from S. Ohri to L. Pratt), # <u>3</u> Exhibit 3 (Oct. 14, 2022 email from S. Ohri to L. Pratt), # <u>4</u> Exhibit 4 (Chart Summarizing Defendants Repeated Failures to Comply with Discovery Obligations))(Breihan, Amy) (Entered: 10/28/2022) |
| 11/08/2022 | <u>206</u> | RESPONSE to Motion re <u>204</u> MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 11/08/2022) |

| 11/08/2022 | 207 | MOTION to Quash by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I)(Pratt, Lawrence) (Entered: 11/08/2022) |
|---|---|---|
| 11/08/2022 | 208 | MEMORANDUM in Support of Motion re 207 MOTION to Quash filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Pratt, Lawrence) (Entered: 11/08/2022) |
| 11/09/2022 | 209 | MOTION for Leave to ALLOW PARTICIPATION BY STUDENT INTERN PURSUANT TO LOCAL RULE 12.05 by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Text of Proposed Order Proposed Order)(Bartlett, Lauren) (Entered: 11/09/2022) |
| 11/10/2022 | 210 | Docket Text ORDER: Re 209 MOTION for Leave to ALLOW PARTICIPATION BY STUDENT INTERN PURSUANT TO LOCAL RULE 12.05 by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 11/10/22. (EAB) (Entered: 11/10/2022) |
| 11/11/2022 | 211 | MOTION for Discovery *PLAINTIFFS MOTION TO EXTEND FACT DISCOVERY DEADLINE SPECIFICALLY FOR CLASS DISCOVERY IF CLASS CERTIFICATION IS GRANTED*, MOTION for Extension of Time to Complete Discovery by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Watkins, Brittney) (Entered: 11/11/2022) |
| 11/17/2022 | 212 | MOTION to Quash Notice of Deposition and for Protective Order by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Pratt, Lawrence) Modified on 11/18/2022 (JEB). (Entered: 11/17/2022) |
| 11/17/2022 | 213 | MEMORANDUM in Support of Motion re 212 MOTION to Quash filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills. (Pratt, Lawrence) (Entered: 11/17/2022) |
| 11/18/2022 | 214 | REPLY to Response to Motion re 204 MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A)(Ohri, Shubra) (Entered: 11/18/2022) |
| 11/21/2022 | 215 | Docket Text ORDER: Re 204 FIFTH MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED DENIED AT THIS TIME FOR FAILURE TO COMPLY WITH LOCAL RULE 3.04. THE PARTIES ARE HEREBY ORDERED TO MEET AND CONFER IN AN ATTEMPT TO RESOLVE THE MATTERS WHICH WERE THE SUBJECT OF THIS MOTION. Signed by District Judge Henry Edward Autrey on 11/21/2022. (HMA) (Entered: 11/21/2022) |
| 11/22/2022 | 216 | RESPONSE in Opposition re 207 MOTION to Quash filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Exhibit A, Email, # 2 Exhibit Exhibit B, Letter)(Mobley, William) (Entered: |

| | | |
|---|---|---|
| | | 11/22/2022) |
| 11/23/2022 | 217 | Consent MOTION to Amend/Correct *Case Management Order* by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Sherry Richard, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 11/23/2022) |
| 11/28/2022 | 218 | Docket Text ORDER: Re 217 Consent MOTION to Amend/Correct Case Management Order by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Sherry Richard, Freddie Wills; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 11/28/22. (EAB) (Entered: 11/28/2022) |
| 11/29/2022 | 219 | FIFTH AMENDED CASE MANAGEMENT ORDER: This case is assigned to Track: 2 Standard. Discovery Completion due by 1/16/2023. Non–Dispositive Motions due by 1/27/2023. Dispositive Motions due by 4/21/2023. Pretrial Compliance due by 9/18/2023. Motion in Limine due by 9/18/2023. Jury Trial set for 10/2/2023 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 11/29/2022. (JEB) (Entered: 11/29/2022) |
| 11/29/2022 | 220 | ORDER REFERRING CASE to Alternative Dispute Resolution. This case is referred to: Mediation. Designation of Lead Counsel: Amy Elizabeth Breihan. Designation of Neutral/Conference Report due by 2/6/2023. ADR Completion Deadline due by 3/17/2023. ADR Compliance Report Deadline due by 3/31/2023. Signed by District Judge Henry Edward Autrey on 11/29/2022. (JEB) (Entered: 11/29/2022) |
| 11/30/2022 | 222 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Defendant's Motion to Quash Notice of Deposition and for Protective Order [Doc. No. 212 ] is GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED that Defendant's Motion to Quash Notice of Deposition of Commissioner Clemons–Abdullah on December 1, 2022, is GRANTED. IT IS FURTHER ORDERED that Defendant's Motion for Protective Order is DENIED. Signed by District Judge Henry Edward Autrey on 11/30/2022. (JEB) (Entered: 12/01/2022) |
| 12/01/2022 | 221 | RESPONSE to Motion re 212 MOTION to Quash *Deposition of Jennifer Clemmons–Abdullah* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Exhibit A Deposition of Dale Glass, # 2 Exhibit Exhibit B Deposition of Adrian Barnes)(Hanlon, Maureen) (Entered: 12/01/2022) |
| 12/02/2022 | 223 | Docket Text ORDER: Re 184 MOTION to Compel Defendant City of St. Louis to Produce 30(b)(6) Deposition Witness by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED DENIED AS MOOT. Signed by District Judge Henry Edward Autrey on 12/2/22. (EAB) (Entered: 12/02/2022) |
| 12/02/2022 | 224 | Docket Text ORDER: Re 186 MOTION to Quash and for Protective Order by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Sherry Richard, Freddie Wills; ORDERED DENIED AS MOOT. Signed by District Judge Henry Edward Autrey on 12/2/22. (EAB) (Entered: 12/02/2022) |
| 12/02/2022 | 225 | Docket Text ORDER: Re 171 MOTION to Quash Notice of Deposition and for Protective Order by Defendant Bruce Borders; ORDERED DENIED AS MOOT. |

| | | |
|---|---|---|
| | | Signed by District Judge Henry Edward Autrey on 12/2/22. (EAB) (Entered: 12/02/2022) |
| 12/02/2022 | 226 | MOTION for Reconsideration re 222 Memorandum & Order,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 12/02/2022) |
| 12/02/2022 | 227 | MEMORANDUM in Support of Motion re 226 MOTION for Reconsideration re 222 Memorandum & Order,, filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 – Email Correspondence, # 2 Exhibit 2 – Email Correspondence with Hon. Autrey, # 3 Exhibit 3 – Defendants' Initial Disclosures)(Breihan, Amy) (Entered: 12/02/2022) |
| 12/05/2022 | 228 | ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Motion for Reconsideration for its November 30, 2022 Order [Doc. No. 226 ] is DENIED. IT IS FURTHER ORDERED that the parties are to meet and confer in an attempt to resolve the matters regarding deposing Commissioner Clemons–Abdullah, in compliance with Local Rule 3.04. Signed by District Judge Henry Edward Autrey on 12/5/2022. (HMA) (Entered: 12/05/2022) |
| 12/09/2022 | 229 | Unopposed MOTION for Protective Order by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A – Stipulated Protective Order)(Ohri, Shubra) (Entered: 12/09/2022) |
| 12/12/2022 | 230 | STIPULATED PROTECTIVE ORDER Protecting Against Public Disclosure of Proprietary Information. Signed by District Judge Henry Edward Autrey on 12/12/2022. (JEB) (Entered: 12/12/2022) |
| 12/15/2022 | 231 | MOTION to Withdraw *John M. Waldron* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 12/15/2022) |
| 12/19/2022 | 232 | Docket Text ORDER: Re: 231 MOTION to Withdraw John M. Waldron by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 12/19/2022. (JEB) (Entered: 12/19/2022) |
| 12/30/2022 | 233 | MOTION to Compel *Inspection of City Justice Center* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 12/30/2022) |
| 12/30/2022 | 234 | MEMORANDUM in Support of Motion re 233 MOTION to Compel *Inspection of City Justice Center* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (Plaintiffs' Request to Inspect), # 2 Exhibit 2 (Defs' Objections to Request to Inspect), # 3 Exhibit 3 (Nov. 2 Email), # 4 Exhibit 4 (Nov. 17 Letter), # 5 Exhibit 5 (Affidavit of Dr. Homer Venters))(Breihan, Amy) (Entered: 12/30/2022) |
| 01/12/2023 | 235 | MOTION to Compel *the Deposition of Commissioner Clemons–Abdullah* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 01/12/2023) |
| 01/12/2023 | 236 | MEMORANDUM in Support of Motion re 235 MOTION to Compel *the Deposition of Commissioner Clemons–Abdullah* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 – Plaintiffs' Deposition Notice of Clemons–Abdullah 12.1.22, # 2 Exhibit 2 – Email Correspondence Memorializing 12.7.22 Conversation, # 3 Exhibit 3 – Excerpts from Lt. Fowlkes |

| | | |
|---|---|---|
| | | Deposition, # 4 Exhibit 4 – Excerpts from T. Harry Deposition, # 5 Exhibit 5 – Excerpts from 12.20.22 – 30(b)(6) Eddie Roth Deposition, # 6 Exhibit 6 – Excerpts from 1.6.23 – 30(b)(6) Deposition, # 7 Exhibit 7 – Excerpts from Adrian Barnes Deposition, # 8 Exhibit 8 – Defendants' Rule 26(a)(1) Initial Disclosures, # 9 Exhibit 9 – Excerpts from Douglas Jones Deposition, # 10 Exhibit 10 – Alston Order)(Ohri, Shubra) (Entered: 01/12/2023) |
| 01/13/2023 | 237 | RESPONSE to Motion re 233 MOTION to Compel *Inspection of City Justice Center* filed by Defendant City of St. Louis, Missouri. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Pratt, Lawrence) (Entered: 01/13/2023) |
| 01/13/2023 | 238 | Emergency MOTION to Preserve Relevant Videos by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) Modified on 1/17/2023 (HMA). (Entered: 01/13/2023) |
| 01/13/2023 | 239 | MEMORANDUM in Support of Motion re 238 MOTION to Preserve Relevant Vidoes filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit March 2021 Preservation Letter, # 2 Exhibit Counsel Email Confirming Preservation, # 3 Exhibit Plaintiffs Second RFP, # 4 Exhibit City 30b6 Testimony)(Hanlon, Maureen) Modified on 1/17/2023 (HMA). (Entered: 01/13/2023) |
| 01/16/2023 | 240 | MOTION to Compel *and Enforce Subpoena* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 01/16/2023) |
| 01/16/2023 | 241 | MEMORANDUM in Support of Motion re 240 MOTION to Compel *and Enforce Subpoena* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A (Subpoena to St. Louis City CAO), # 2 Exhibit B (Email correspondence with CAO))(Breihan, Amy) (Entered: 01/16/2023) |
| 01/23/2023 | 242 | SUPPLEMENTAL re 236 Memorandum in Support of Motion,,, *Exhibit 7* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 01/23/2023) |
| 01/24/2023 | 243 | REPLY to Response to Motion re 233 MOTION to Compel *Inspection of City Justice Center* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1)(Ohri, Shubra) (Entered: 01/24/2023) |
| 01/26/2023 | 244 | Sixth MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Attachment Memorandum in Support of Motion to Compel, # 2 Exhibit Exhibit A – 4th RFPs 2nd ROGs, # 3 Exhibit Exhibit B – Rule 37 letters, # 4 Exhibit Exhibit C – July 14th email chain, # 5 Exhibit Exhibit D – Second email chain, # 6 Exhibit Exhibit E – Defendants' Supplemental Responses, # 7 Exhibit Exhibit F – IRR, # 8 Exhibit Exhibit G – Social Service, # 9 Exhibit Exhibit H – Excerpts of Adrian Barnes Deposition)(Nimni, Oren) (Entered: 01/26/2023) |
| 01/26/2023 | 245 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Inspection of City Justice Center [Doc. No. 233 ] is GRANTED IN PART and DENIED IN PART. IT IS FURTHER ORDERED that Plaintiffs' Motion to inspect CJC areas relevant to Plaintiffs' claims, specifically those areas relevant to the use of excessive amounts of OC Spray against Plaintiffs and putative class members; the inventory and storage area of the OC Spray; and the medical unit is GRANTED. Plaintiffs are allowed to take photographs of and videotape the relevant areas. IT IS FURTHER ORDERED that Plaintiffs' |

| | | |
|---|---|---|
| | | Motion to speak with people detained at CJC during the inspection is DENIED. IT IS FURTHER ORDERED that the parties shall promptly meet and confer in good faith to schedule a date and time for Plaintiffs to complete their inspection as permitted by this Memorandum and Order. The inspection will be limited to eight (8) hours and four (4) people. Signed by District Judge Henry Edward Autrey on 1/26/2023. (JEB) (Entered: 01/26/2023) |
| 01/26/2023 | 246 | RESPONSE in Opposition re 235 MOTION to Compel *the Deposition of Commissioner Clemons–Abdullah* filed by Defendant City of St. Louis, Missouri. (Pratt, Lawrence) (Entered: 01/26/2023) |
| 01/27/2023 | 247 | RESPONSE to Motion re 238 MOTION for Protective Order *Emergency Motion for Preservation* filed by Defendant City of St. Louis, Missouri. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Pratt, Lawrence) (Entered: 01/27/2023) |
| 01/27/2023 | 248 | Docket Text ORDER: Re: 238 Emergency MOTION to Preserve Relevant Videos filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Wither; GRANTED IN PART; DEFENDANTS ARE ORDERED TO CONTINUE TO PRESERVE ANY RELEVANT DISCOVERABLE SURVEILLANCE AND VIDEO FOOTAGE AT THE CITY JUSTICE CENTER CONSISTENT WITH THE REQUIREMENTS UNDER THE CIVIL RULES OF PROCEDURE. Signed by District Judge Henry Edward Autrey on 1/27/2023. (HMA) (Entered: 01/27/2023) |
| 01/27/2023 | 249 | Seventh MOTION to Compel by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 01/27/2023) |
| 01/27/2023 | 250 | MEMORANDUM in Support of Motion re 249 Seventh MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (5th RFPs), # 2 Exhibit 2 (6th RFPs), # 3 Exhibit 3 (Defs' Responses to 5th RFPs), # 4 Exhibit 4 (Defs' Responses to 6th RFPs), # 5 Exhibit 5 (E. Roth Depo Excerpts))(Breihan, Amy) (Entered: 01/27/2023) |
| 01/27/2023 | 251 | Second MOTION to Compel by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 01/27/2023) |
| 01/27/2023 | 252 | MEMORANDUM in Support of Motion re 251 Second MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 01/27/2023) |
| 02/02/2023 | 253 | Consent MOTION to Amend/Correct 219 Case Management Order – Amended, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 02/02/2023) |
| 02/03/2023 | 254 | Docket Text ORDER Re: 253 Consent MOTION to Amend/Correct 219 Case Management Order – Amended filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 2/3/2023. (HMA) (Entered: 02/03/2023) |
| 02/03/2023 | 255 | Consent MOTION for Extension of: Alternative Dispute Resolution Schedule by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 02/03/2023) |
| 02/03/2023 | 256 | SIXTH AMENDED CASE MANAGEMENT ORDER (See Full Order). This case is assigned to Track: 2 (Standard). This case shall be referred to alternative dispute |

| | | |
|---|---|---|
| | | resolution on January 16, 2023, and that reference shall terminate on March 17, 2023. Dispositive Motions due by 5/19/2023. Jury Trial set for 10/2/2023 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Pretrial Compliance due by 9/18/2023. Motion in Limine due by 9/18/2023. Signed by District Judge Henry Edward Autrey on 2/3/23. (EAB) (Entered: 02/03/2023) |
| 02/06/2023 | 257 | Docket Text ORDER: Re: 255 Consent MOTION for Extension of Alternative Dispute Resolution Schedule by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 2/6/2023. (JEB) (Entered: 02/06/2023) |
| 02/06/2023 | 258 | REPLY to Response to Motion re 235 MOTION to Compel *the Deposition of Commissioner Clemons−Abdullah* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Bartlett, Lauren) (Entered: 02/06/2023) |
| 02/09/2023 | 259 | RESPONSE to Motion re 244 Sixth MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Attachments: # 1 Exhibit A)(Martinez, Adriano) (Entered: 02/09/2023) |
| 02/10/2023 | 260 | RESPONSE to Motion re 249 Seventh MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 02/10/2023) |
| 02/10/2023 | 261 | MEMORANDUM in Opposition re 251 Second MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Ohri, Shubra) (Entered: 02/10/2023) |
| 02/13/2023 | 262 | MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 02/13/2023) |
| 02/13/2023 | 263 | MEMORANDUM in Support of Motion (SEALED) re 262 MOTION for Leave to File Under Seal filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1)(Ohri, Shubra) (Entered: 02/13/2023) |
| 02/13/2023 | 264 | OPINION, MEMORANDUM AND ORDER (See Full Order). IT IS HEREBY ORDERED that Defendants' Motions to Dismiss [Doc. No. 139 and Doc. No. 167 ] are DENIED. Signed by District Judge Henry Edward Autrey on 2/13/23. (EAB) (Entered: 02/13/2023) |
| 02/17/2023 | 265 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Motion to Clarify Order [Doc. No. 174 ] is GRANTED. IT IS FURTHER ORDERED that Interrogatory 11 directed to Plaintiff Jerome Jones and Interrogatory 13 directed to Derrick Jones are DENIED as vague, overboard and irrelevant as phrased. IT IS FURTHER ORDERED that Defendants' Motion for Sanctions [Doc. No. 197 ] is DENIED. IT IS FURTHER ORDERED that Plaintiffs comply with the Court's August 2, 2022 Order. IT IS FURTHER ORDERED that Defendants' Motion to Quash [Doc. No. 207 ]is DENIED as moot. IT IS FURTHER ORDERED that Plaintiff's Motion to Compel and Enforce Subpoena [Doc. No. 240 ], served on the St. Louis City Circuit Attorney's Office on October 4, 2022, is GRANTED. IT IS FURTHER ORDERED that the St. Louis City Circuit Attorney's Office produce any and all non−privileged documents within twenty (20) days from the date of this Order, related to investigations of the St. Louis City Justice Center |

| | | |
|---|---|---|
| | | (CJC), conducted by or otherwise involving the Circuit Attorneys Office, within the last five (5) years. This includes, but is not limited to, investigations into conditions of confinement at CJC, detainee concerns, broken locks, use of chemical agents, use of force, and complaints and conduct of correctional officers including supervisors, lieutenants, and captains. Signed by District Judge Henry Edward Autrey on 2/17/2023. (JEB) (Entered: 02/17/2023) |
| 02/20/2023 | 266 | REPLY to Response to Motion re 244 Sixth MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Bartlett, Lauren) (Entered: 02/20/2023) |
| 02/20/2023 | 267 | REPLY to Response to Motion re 249 Seventh MOTION to Compel filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 02/20/2023) |
| 02/21/2023 | 268 | REPLY to Response to Motion re 251 Second MOTION to Compel filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 02/21/2023) |
| 02/23/2023 | 269 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Deposition of Commissioner Clemons−Abdullah [Doc. No. 235 ] is GRANTED. Signed by District Judge Henry Edward Autrey on 2/23/2023. (HMA) (Entered: 02/23/2023) |
| 02/23/2023 | 270 | MOTION for Sanctions by Defendant City of St. Louis, Missouri. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K)(Pratt, Lawrence) (Entered: 02/23/2023) |
| 02/23/2023 | 271 | MEMORANDUM in Support of Motion re 270 MOTION for Sanctions filed by Defendant City of St. Louis, Missouri. (Pratt, Lawrence) (Entered: 02/23/2023) |
| 02/23/2023 | 272 | MOTION for Protective Order by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Pratt, Lawrence) (Entered: 02/23/2023) |
| 02/23/2023 | 273 | MEMORANDUM in Support of Motion re 272 MOTION for Protective Order filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 02/23/2023) |
| 02/24/2023 | 274 | MOTION to Enforce Order Compelling Inspection and for Sanctions by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 02/24/2023) |
| 02/24/2023 | 275 | MEMORANDUM in Support of Motion re 274 MOTION to Enforce Order Compelling Inspection and for Sanctions filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 – D. Jones Depo)(Breihan, Amy) (Entered: 02/24/2023) |
| 02/24/2023 | | EXHIBIT H Received from Defendant City of St. Louis, Missouri in thumbdrive format. (Exhibit located in the Clerk's Office file room) (HMA) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2023) |
| 02/27/2023 | 276 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Third [Doc. No 175 ], Sixth [Doc. No. 244 ] and Seventh [Doc. No. 249 ] Motions to Compel are DENIED at this time for failure to comply with Local Rule 3.04. IT IS FURTHER ORDERED that Defendants' Second Motion to Compel [Doc. No. 251 ] and Motions for Sanctions [Doc. No. 270 ] are DENIED at this time for failure to comply with Local Rule 3.04. IT IS FURTHER ORDERED that Plaintiffs' Motions to Compel and Motion to Enforce Order Compelling Inspection and for Sanctions [Doc. No. 274 ] is DENIED at this time for failure to comply with Local Rule 3.04. IT IS FURTHER ORDERED that the parties are to meet and seriously confer in person, and in good faith, on the resolution of any outstanding discovery matters. IT IS FURTHER ORDERED that the parties submit a JOINT status report within thirty (30) days from the date of this Order outlining any remaining disputes. The status report must also include the date, time, length, and manner of such in−person conference, and the names of the individuals participating therein, and must state with specificity the good faith efforts made to confer with each other. (Status Report due by 3/29/2023) Signed by District Judge Henry Edward Autrey on 2/27/2023. (JEB) (Entered: 02/27/2023) |
| 02/27/2023 | 277 | ANSWER to 131 Amended Complaint, by Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills.(Martinez, Adriano) (Entered: 02/27/2023) |
| 02/28/2023 | 278 | Docket Text ORDER: Re 262 MOTION for Leave to File Under Seal by Plaintiff's Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 2/28/23. (EAB) (Entered: 02/28/2023) |
| 03/08/2023 | 279 | RESPONSE in Opposition re 272 MOTION for Protective Order filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan. (Attachments: # 1 Exhibit 1)(Ohri, Shubra) (Entered: 03/08/2023) |
| 03/13/2023 | 280 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Plaintiffs' Motion to Certify Class [Doc. No. 71 ] is DENIED. IT IS FURTHER ORDERED that Plaintiffs' Motion to Extend Class Discovery Deadline if Class Certification is Granted [Doc. No. 211 ] is DENIED as moot. Signed by District Judge Henry Edward Autrey on 3/13/2023. (HMA) (Entered: 03/13/2023) |
| 03/27/2023 | 281 | Docket Text ORDER: Re 272 MOTION for Protective Order by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Freddie Wills; ORDERED DENIED at this time for failure to comply with Local Rule 3.04. Signed by District Judge Henry Edward Autrey on 3/27/23. (EAB) (Entered: 03/27/2023) |
| 03/29/2023 | 282 | Joint STATUS REPORT and MOTION to Amend ADR Deadlines by Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) Modified on 4/3/2023 (JEB). (Entered: 03/29/2023) |
| 04/04/2023 | 283 | MOTION to Withdraw *Brittney Watkins* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 04/04/2023) |
| 04/05/2023 | 284 | ORDER REFERRING CASE to Alternative Dispute Resolution. This case is referred to: Mediation. Designation of Lead Counsel: Amy Breihan. Designation of Neutral/Conference Report due by 4/25/2023. ADR Completion Deadline due by |

| | | |
|---|---|---|
| | | 6/6/2023. ADR Compliance Report Deadline due by 6/20/2023. Signed by District Judge Henry Edward Autrey on 4/5/2023. (HMA) (Entered: 04/05/2023) |
| 04/05/2023 | 285 | Docket Text ORDER Re: 283 MOTION to Withdraw Brittney Watkins filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 4/5/2023. (HMA) (Entered: 04/05/2023) |
| 04/07/2023 | 286 | MOTION to Certify Class by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 04/07/2023) |
| 04/07/2023 | 287 | MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Memorandum in Support of Class Cert, # 2 Exhibit 1 – Declarations, # 3 Exhibit 2 – Schriro Expert report, # 4 Exhibit 3 – Affidavit of Cynthia West, # 5 Exhibit 4 – Deposition excerpt of Douglas Jones, # 6 Exhibit 5 – Deposition excerpt of Lt. Javan Fowlkes, # 7 Exhibit 6 – Deposition excerpt of Eddie Roth, # 8 Exhibit 7 – Deposition excerpt of Direll Alexander, # 9 Exhibit 8 – Deposition excerpt of Che Boatman, # 10 Exhibit 9 – Deposition excerpt of Adrian Barnes, # 11 Exhibit 10 – Deposition excerpt of Aisha Turner, # 12 Exhibit 11 – Defendants' Response to Plaintiffs' Second RFA, # 13 Exhibit 12 – Human Rights Watch Report, # 14 Exhibit 13 – Venters Expert Report, # 15 Exhibit 14 – Deposition excerpt of Sherry Richards, # 16 Exhibit 15 – Deposition excerpt of Freddie Wills, # 17 Exhibit 16 – Deposition excerpt of Michelle Lewis, # 18 Exhibit 17 – Schwartz Expert Report, # 19 Exhibit 18 – Plaintiff Rusan's medical records (Under Seal), # 20 Exhibit 19 – Plaintiff D. Jones medical records (Under Seal), # 21 Exhibit 20 – Plaintiff M. Withers medical records (Under Seal))(Ohri, Shubra) (Entered: 04/07/2023) |
| 04/07/2023 | 288 | MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 04/07/2023) |
| 04/07/2023 | 289 | SEALED MEMORANDUM in Support of 288 MOTION for Leave to File Under Seal , 287 MOTION for Leave to File in Excess of Page Limitation filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. Redacted Copy due by 4/10/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Breihan, Amy) (Entered: 04/07/2023) |
| 04/10/2023 | 290 | Docket Text ORDER: Re: 287 MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; LEAVE TO FILE IN EXCESS OF PAGE LIMITATION IS GRANTED. Signed by District Judge Henry Edward Autrey on 4/10/2023. (JEB) (Entered: 04/10/2023) |
| 04/10/2023 | 291 | MEMORANDUM in Support of Motion re 286 MOTION to Certify Class filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Exhibits 1–20 attached in doc. #287)(JEB) (Entered: 04/10/2023) |
| 04/17/2023 | 292 | MOTION for Extension of Time to File Response/Reply as to 286 MOTION to Certify Class by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 04/17/2023) |
| 04/18/2023 | 293 | Docket Text ORDER: Re 292 MOTION for Extension of Time to File Response/Reply as to 286 MOTION to Certify Class filed by City of St. Louis, |

| | | |
|---|---|---|
| | | Missouri, Douglas Jones, Dale Glass, Javan Fowlkes, Sidney Turner, Freddie Wills, Michelle Lewis, Debra Willis, Adrian Barnes, Direll Alexander, Bruce Borders, Sherry Richard, Jeffrey Carson, Aisha Turner; ORDERED ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING APRIL 21, 2023. (Response to Court due by 4/21/2023.) Signed by District Judge Henry Edward Autrey on 4/18/2023. (HMA) (Entered: 04/18/2023) |
| 04/20/2023 | 294 | MOTION for Extension of Time to File Response/Reply as to 286 MOTION to Certify Class by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 04/20/2023) |
| 04/24/2023 | 295 | Docket Text ORDER: Re 288 MOTION for Leave to File Under Seal by Plaintiff's Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 4/24/23. (EAB) (Entered: 04/24/2023) |
| 04/24/2023 | 296 | Docket Text ORDER: Re 294 MOTION for Extension of Time to File Response/Reply as to 286 MOTION to Certify Class by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills; ORDERED ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING APRIL 28, 2023 IN WHICH TO FILE RESPONSE/REPLY. (Response to Court due by 4/28/2023). Signed by District Judge Henry Edward Autrey on 4/24/23. (EAB) (Entered: 04/24/2023) |
| 04/25/2023 | 297 | Designation of Neutral by parties and ADR Conference Report by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers Neutral: Neuner Jr., Francis X. Date of Conference: 6/9/23 time: 9:00 am Location: 120 South Central Ave., Suite 1250(Breihan, Amy) (Entered: 04/25/2023) |
| 04/26/2023 | 298 | MOTION for Sanctions by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 04/26/2023) |
| 04/26/2023 | 299 | MEMORANDUM in Support of Motion re 298 MOTION for Sanctions filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Exh A Preservation Letter, # 2 Exhibit Exh B Counsel Email Confirming Preservation, # 3 Exhibit Exh C Second RFP, # 4 Exhibit Exh D 30b6 Deposition, # 5 Exhibit Exh E Counsel Emailing Requesting Preservation)(Hanlon, Maureen) (Entered: 04/26/2023) |
| 04/27/2023 | 300 | MOTION for Extension of Time to Complete Mediation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 04/27/2023) |
| 04/28/2023 | 301 | Docket Text ORDER: Re 300 MOTION for Extension of Time to Complete Mediation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED ADDITIONAL TIME IN WHICH TO COMPLETE THE MEDIATION PROCESS IS GRANTED UP TO AND INCLUDING JUNE 9, 2023. (ADR Completion Deadline due by 6/9/2023., ADR Compliance Report Deadline due by 6/23/2023). Signed by District Judge Henry Edward Autrey on 4/28/23. (EAB) (Entered: 04/28/2023) |
| 04/28/2023 | 302 | MOTION for Leave to File Oversized Response in Opposition re 286 MOTION to Certify Class filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Attachments: # 1 Exhibit A Response in Opposition)(Martinez, Adriano) |

| | | |
|---|---|---|
| | | Modified on 5/1/2023 (HMA). (Entered: 04/28/2023) |
| 05/02/2023 | 303 | Docket Text ORDER: Re: 302 MOTION for Leave to File Oversized Response in Opposition re 286 MOTION to Certify Class filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills; LEAVE TO FILE IS GRANTED. Signed by District Judge Henry Edward Autrey on 5/2/2023. (JEB) (Entered: 05/02/2023) |
| 05/02/2023 | 304 | RESPONSE in Opposition re 286 MOTION to Certify Class. (JEB) (Entered: 05/02/2023) |
| 05/05/2023 | 305 | OPINION, MEMORANDUM AND ORDER (See Full Order). IT IS HEREBY ORDERED that Plaintiffs' request for another inspection of the Criminal Justice Center to view the intake/admissions area will be DENIED. IT IS FURTHER ORDERED that the Courts January 27, 2023 Order is sufficient, and Plaintiffs' request for additional documentation from Defendants regarding video preservation is DENIED. IT IS FURTHER ORDERED that within ten (10) days from the date of this Order, the parties clarify what reports were previously disclosed in response to the Sunshine request, and to describe the difference, if any, between the reports Plaintiffs request and those provided in the Sunshine disclosure. IT IS FURTHER ORDERED that within ten (10) days from the date of this Order, Defendants clarify why a protective order is necessary to any reports already provided in response to a Sunshine request. (Response to Court due by 5/15/2023) Signed by District Judge Henry Edward Autrey on 5/5/2023. (JEB) (Entered: 05/05/2023) |
| 05/08/2023 | 306 | Consent MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit A)(Ohri, Shubra) (Entered: 05/08/2023) |
| 05/09/2023 | 307 | Docket Text ORDER: Re 306 Consent MOTION for Leave to File in Excess of Page Limitation filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED LEAVE TO FILE IN EXCESS OF PAGE LIMITATION IS GRANTED. Signed by District Judge Henry Edward Autrey on 5/9/2023. (HMA) (Entered: 05/09/2023) |
| 05/09/2023 | 308 | REPLY to Response to Motion re 286 MOTION to Certify Class filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (HMA) (Entered: 05/09/2023) |
| 05/10/2023 | 309 | RESPONSE in Opposition re 298 MOTION for Sanctions filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 05/10/2023) |
| 05/15/2023 | 310 | RESPONSE TO COURT ORDER re 305 Memorandum & Order,,,, by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 05/15/2023) |
| 05/15/2023 | 311 | RESPONSE TO COURT ORDER re 305 Memorandum & Order,,,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 05/15/2023) |
| 05/17/2023 | 312 | MOTION for Additional Time to File Motion For Summary Judgment by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, |

| | | |
|---|---|---|
| | | Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Pratt, Lawrence) Modified on 5/18/2023 (JEB). (Entered: 05/17/2023) |
| 05/17/2023 | 313 | OPINION, MEMORANDUM AND ORDER (See Full Order) IT IS HEREBY ORDERED that Defendants' request for a protective order in GRANTED IN PART and DENIED IN PART. IT IS FURTHER ORDERED that the protective order is GRANTED as to any reports that have not been previously disclosed under a Sunshine request. IT IS FURTHER ORDERED that the protective order is DENIED as to any reports previously provided under a Sunshine Request, except to the extent those reports include required redacted items for court filings under the Federal Civil Rules of Procedure or Missouri state law. IT IS FURTHER ORDERED that within fourteen (14) days from the date of this Order, the parties shall file a joint proposed protective order that complies with this Order. IT IS FURTHER ORDERED that Plaintiffs' Motion for Sanctions 298 is DENIED at this time for failure to comply with Local Rule 3.04. (Response to Court due by 5/31/2023.) Signed by District Judge Henry Edward Autrey on 5/17/2023. (HMA) (Entered: 05/17/2023) |
| 05/18/2023 | 314 | Docket Text ORDER: Re 312 MOTION for Additional Time to File Motion For Summary Judgment by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, et al.; ORDERED Additional Time is GRANTED up to and including May 26, 2023. Signed by District Judge Henry Edward Autrey on 5/18/23. (EAB) (Entered: 05/18/2023) |
| 05/26/2023 | 315 | MOTION for Summary Judgment by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 05/26/2023) |
| 05/26/2023 | 316 | STATEMENT of Material Facts re 315 MOTION for Summary Judgment filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O, # 16 Exhibit Exhibit P, # 17 Exhibit Exhibit Q, # 18 Exhibit Exhibit R, # 19 Exhibit Exhibit S, # 20 Exhibit Exhibit T)(Pratt, Lawrence) (Entered: 05/26/2023) |
| 05/26/2023 | 317 | MOTION for Leave to Exceed Page Limit by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit Exhibit A)(Pratt, Lawrence) (Entered: 05/26/2023) |
| 05/30/2023 | 318 | Docket Text ORDER: Re 317 MOTION for Leave to Exceed Page Limit filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills; ORDERED Leave to exceed page limitation is GRANTED. Signed by District Judge Henry Edward Autrey on 5/30/2023. (HMA) (Entered: 05/30/2023) |
| 05/30/2023 | 319 | |

| | | |
|---|---|---|
| | | MEMORANDUM in Support of Motion re 315 MOTION for Summary Judgment filed by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (HMA) (Entered: 05/30/2023) |
| 05/31/2023 | 320 | STIPULATION *to Joint Protective Order* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 05/31/2023) |
| 05/31/2023 | | EXHIBITS B, M, and P Received in thumb drive format re 316 by Defendants Direll Alexander, Adrian Barnes, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Exhibits are located in The Clerk's Office file room) (HMA) (Entered: 06/01/2023) |
| 06/01/2023 | 321 | Docket Text ORDER: Re 320 STIPULATION to Joint Protective Order filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 6/1/2023. (HMA) (Entered: 06/01/2023) |
| 06/02/2023 | 322 | MOTION for Reconsideration re 313 Memorandum & Order,,,, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 06/02/2023) |
| 06/02/2023 | 323 | MEMORANDUM in Support of Motion re 322 MOTION for Reconsideration re 313 Memorandum & Order,,,, filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (Affidavit of Cynthia West), # 2 Exhibit 2 (DFOB Statement))(Breihan, Amy) (Entered: 06/02/2023) |
| 06/12/2023 | 324 | MOTION for Extension of Time to File Response/Reply as to 315 MOTION for Summary Judgment by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 06/12/2023) |
| 06/13/2023 | 325 | Docket Text ORDER: Re 324 MOTION for Extension of Time to File Response/Reply as to 315 MOTION for Summary Judgment by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; ORDERED Additional Time is GRANTED up to and including July 27, 2023. (Response to Court due by 7/27/2023). Signed by District Judge Henry Edward Autrey on 6/13/23. (EAB) (Entered: 06/13/2023) |
| 06/13/2023 | 326 | ADR COMPLIANCE REPORT Neutral: Neuner Jr., Francis X. Date of Conference: 6/9/2023. The parties participated in good faith. The parties did not achieve a settlement.(HMA) (Entered: 06/14/2023) |
| 06/16/2023 | 327 | RESPONSE to Motion re 322 MOTION for Reconsideration re 313 Memorandum & Order,,,, filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 06/16/2023) |
| 06/26/2023 | 328 | REPLY to Response to Motion re 322 MOTION for Reconsideration re 313 Memorandum & Order,,,, filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1 (Handout))(Breihan, Amy) (Entered: 06/26/2023) |
| 07/12/2023 | 329 | ENTRY of Appearance by David H. Luce for Defendant Non–Party Circuit Attorney for the City of St. Louis. (Luce, David) (Entered: 07/12/2023) |

| 07/24/2023 | 330 | MOTION for Leave to File in Excess of Page Limitation *re: Response in Opposition to Defendants' Motion for Summary Judgment* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 07/24/2023) |
|---|---|---|
| 07/27/2023 | 331 | *STRICKEN PER DOCKET TEXT ORDER DATED 7/28/23* RESPONSE to Statement of Material Facts re 316 Statement of Material Facts,,, *and Plaintiffs' Statement of Additional Material Facts* filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 106, # 107 Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 Exhibit 113, # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120 Exhibit 120)(Ohri, Shubra) Modified on 7/28/2023 (JEB). (Entered: 07/27/2023) |
| 07/27/2023 | 332 | *STRICKEN PER DOCKET TEXT ORDER DATED 7/28/23* SUPPLEMENTAL re 331 Response to Statement of Material Facts,,,,,,,,,, *Group Exhibits to Statement of Facts* by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Group 1(a), # 2 Exhibit Group 1(b), # 3 Exhibit Group 2, # 4 Exhibit Group 3 Part 1.1, # 5 Exhibit Group 3 Part 1.2, # 6 Exhibit Group 3 Part 1.3, # 7 Exhibit Group 3 Part 2.1, # 8 Exhibit Group 3 Part 2.2, # 9 Exhibit Group 3 Part 2.3, # 10 Exhibit Group 3 Part 3.1, # 11 Exhibit Group 3 Part 3.2, # 12 Exhibit Group 3 Part 3.3, # 13 Exhibit Group 3 Part 4.1, # 14 Exhibit Group 3 Part 4.2, # 15 Exhibit Group 3 Part 4.3, # 16 Exhibit Group 3 Part 5, # 17 Exhibit Group 3 Part 6.1, # 18 Exhibit Group 3 Part 6.2, # 19 Exhibit Group 3 Part 6.3, # 20 Exhibit Group 3 Part 6.4, # 21 Exhibit Group 3 Part 6.5, # 22 Exhibit Group 3 Part 6.6, # 23 Exhibit Group 3 Part 7.1, # 24 Exhibit Group 3 Part 7.2(a), # 25 Exhibit Group 3 Part 7.2(b), # 26 Exhibit Group 3 Part 7.3, # 27 Exhibit Group 3 Part 7.4, # 28 Exhibit Group 3 Part 8, # 29 Exhibit Group 3 Part 8.2, # 30 Exhibit Group 3 Part 9.1, # 31 Exhibit Group 3 Part 9.2, # 32 Exhibit Group 3 Part 9.3, # 33 Exhibit Group 3 Part 9.4, # 34 Exhibit Group 4 Part 1(a), # 35 Exhibit Group 4 Part 1(b), # 36 Exhibit Group 4 Part 4, # 37 Exhibit Group 4 Part 3(a), # 38 Exhibit Group 4 Part 3(b), # 39 Exhibit Group 4 Part 4(a), # 40 Exhibit Group 4 Part 4(b), # 41 Exhibit Group 5, # 42 Exhibit Group |

| | | |
|---|---|---|
| | | 6 Part 1(a), # 43 Exhibit Group 6 Part 1(b), # 44 Exhibit Group 6 Part 2, # 45 Exhibit Group 7 Part 1, # 46 Exhibit Group 7 Part 2, # 47 Exhibit Group 7 Part 3, # 48 Exhibit Group 7 Part 4, # 49 Exhibit Group 7 Part 5, # 50 Exhibit Group 7 Part 6, # 51 Exhibit Group 7 Part 6.1, # 52 Exhibit Group 7 Part 7, # 53 Exhibit Group 8, # 54 Exhibit Group 9.1, # 55 Exhibit Group 9.2, # 56 Exhibit Group 9.3, # 57 Exhibit Group 9.4, # 58 Exhibit Group 10, # 59 Exhibit Group 11)(Ohri, Shubra) Modified on 7/28/2023 (JEB). (Entered: 07/27/2023) |
| 07/27/2023 | 333 | RESPONSE in Opposition re 315 MOTION for Summary Judgment filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 07/27/2023) |
| 07/28/2023 | 334 | Docket Text ORDER: Re: 330 MOTION for Leave to File in Excess of Page Limitation re: Response in Opposition to Defendants' Motion for Summary Judgment by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; LEAVE TO FILE IN EXCESS OF PAGE LIMITATION IS GRANTED. Signed by District Judge Henry Edward Autrey on 7/28/2023. (JEB) (Entered: 07/28/2023) |
| 07/28/2023 | 335 | Docket Text ORDER: IT IS HEREBY ORDERED Document No(s). 331 and 332 are stricken from the record for failure to comply with Local Rule 13.05. Counsel has 10 days from the date of this order to refile. (Response to Court due by 8/7/2023) Signed by District Judge Henry Edward Autrey on 7/28/2023. (JEB) (Entered: 07/28/2023) |
| 07/31/2023 | 336 | MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Ohri, Shubra) (Entered: 07/31/2023) |
| 07/31/2023 | 337 | SEALED MEMORANDUM in Support of 336 MOTION for Leave to File Under Seal filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. Redacted Copy due by 8/3/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Group 1(a), # 7 Exhibit Group 1(b), # 8 Exhibit Group 2, # 9 Exhibit Group 3 Part 1.1, # 10 Exhibit Group 3 Part 1.2, # 11 Exhibit Group 3 Part 2.1, # 12 Exhibit Group 3 Part 2.2, # 13 Exhibit Group 3 Part 3.1, # 14 Exhibit Group 3 Part 3.2, # 15 Exhibit Group 3 Part 4.1, # 16 Exhibit Group 3 Part 4.2, # 17 Exhibit Group 3 Part 5.1, # 18 Exhibit Group 3 Part 5.2, # 19 Exhibit Group 3 Part 6.1, # 20 Exhibit Group 3 Part 6.2, # 21 Exhibit Group 3 Part 6.3, # 22 Exhibit Group 3 Part 7.1, # 23 Exhibit Group 3 Part 7.2, # 24 Exhibit Group 3 Part 7.3, # 25 Exhibit Group 3 Part 7.4, # 26 Exhibit Group 3 Part 8.1, # 27 Exhibit Group 3 Part 8.2, # 28 Exhibit Group 3 Part 9.1, # 29 Exhibit Group 3 Part 9.2, # 30 Exhibit Group 4 Part 1(a), # 31 Exhibit Group 4 Part 1(b), # 32 Exhibit Group 4 Part 2, # 33 Exhibit Group 4 Part 3(a), # 34 Exhibit Group 4 Part 3(b), # 35 Exhibit Group 4 Part 4(a), # 36 Exhibit Group 4 Part 4(b), # 37 Exhibit Group 5, # 38 Exhibit Group 6 Part 1(a), # 39 Exhibit Group 6 Part 1(b), # 40 Exhibit Group 6 Part 2, # 41 Exhibit Group 7 Part 1, # 42 Exhibit Group 7 Part 2, # 43 Exhibit Group 7 Part 3, # 44 Exhibit Group 7 Part 4, # 45 Exhibit Group 7 Part 5, # 46 Exhibit Group 7 Part 5.1, # 47 Exhibit Group 7 Part 6, # 48 Exhibit Group 7 Part 6.1, # 49 Exhibit Group 7 Part 7, # 50 Exhibit Group 8, # 51 Exhibit Group 9, # 52 Exhibit Group 9.2, # 53 Exhibit Group 9.3, # 54 Exhibit Group 9.4, # 55 Exhibit Group 10)(Ohri, Shubra) (Entered: 07/31/2023) |
| 07/31/2023 | 338 | Second MOTION for Protective Order by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit G, # 2 Exhibit H)(Pratt, Lawrence) (Entered: 07/31/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 339 | MEMORANDUM in Support of Motion re 338 Second MOTION for Protective Order filed by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 07/31/2023) |
| 08/03/2023 | 340 | Second MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 08/03/2023) |
| 08/03/2023 | 341 | <span style="color:red">SEALED MEMORANDUM in Support of 340 Second MOTION for Leave to File Under Seal</span> filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. Redacted Copy due by 8/7/2023. (Attachments: # 1 Exhibit F, # 2 Exhibit G)(Breihan, Amy) (Entered: 08/03/2023) |
| 08/03/2023 | 342 | RESPONSES to 316 Statement of Uncontroverted Material Facts filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Redacted, # 3 Exhibit 3, # 4 Exhibit 4 Redacted, # 5 Exhibit 5 Redacted, # 6 Exhibit 6, # 7 Exhibit 7 Video, # 8 Exhibit 8 Redacted, # 9 Exhibit 9 Redacted, # 10 Exhibit 10)(KXS) (Entered: 08/03/2023) |
| 08/03/2023 | 343 | SUPPLEMENTAL re 342 Response to Statement of Material Facts by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 21, # 12 Exhibit 22, # 13 Exhibit 23, # 14 Exhibit 24, # 15 Exhibit 25, # 16 Exhibit 26, # 17 Exhibit 27, # 18 Exhibit 28, # 19 Exhibit 29, # 20 Exhibit 30, # 21 Exhibit 31, # 22 Exhibit 32, # 23 Exhibit 33, # 24 Exhibit 34, # 25 Exhibit 35, # 26 Exhibit 36, # 27 Exhibit 37, # 28 Exhibit 38, # 29 Exhibit 39, # 30 Exhibit 40)(KXS) (Entered: 08/03/2023) |
| 08/03/2023 | 344 | SUPPLEMENTAL re 342 Response to Statement of Material Facts by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 68, # 29 Exhibit 69, # 30 Exhibit 70, # 31 Exhibit 71, # 32 Exhibit 72, # 33 Exhibit 73, # 34 Exhibit 74, # 35 Exhibit 75, # 36 Exhibit 76, # 37 Exhibit 77, # 38 Exhibit 78, # 39 Exhibit 79, # 40 Exhibit 80)(KXS) (Entered: 08/03/2023) |
| 08/03/2023 | 345 | SUPPLEMENTAL re 342 Response to Statement of Material Facts by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 89, # 10 Exhibit 90, # 11 Exhibit 91, # 12 Exhibit 92, # 13 Exhibit 93, # 14 Exhibit 94, # 15 Exhibit 95, # 16 Exhibit 96, # 17 Exhibit 97, # 18 Exhibit 98, # 19 Exhibit 99, # 20 Exhibit 100, # 21 Exhibit 101, # 22 Exhibit 102, # 23 Exhibit 103, # 24 Exhibit 104, # 25 Exhibit 105, # 26 Exhibit 106, # 27 Exhibit 107, # 28 Exhibit 108, # 29 Exhibit 109, # 30 Exhibit 110, # 31 Exhibit 111, # 32 Exhibit 112, # 33 Exhibit 113, # 34 Exhibit 114, # 35 Exhibit 115, # 36 Exhibit 116, # 37 Exhibit 117, # 38 Exhibit 118, # 39 Exhibit 119, # 40 Exhibit 120)(KXS) (Entered: 08/03/2023) |

| | | |
|---|---|---|
| 08/03/2023 | 346 | SUPPLEMENTAL re 342 Response to Statement of Material Facts, by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # 1 Exhibit Group 1(a), # 2 Exhibit Group 1(b), # 3 Exhibit Group 2, # 4 Exhibit Group 3 Part 1.1, # 5 Exhibit Group 3 Part 1.2, # 6 Exhibit Group 3 Part 1.3, # 7 Exhibit Group 3 Part 2.1, # 8 Exhibit Group 3 Part 2.2, # 9 Exhibit Group 3 Part 2.3, # 10 Exhibit Group 3 Part 3.1, # 11 Exhibit Group 3 Part 3.2, # 12 Exhibit Group 3 Part 3.3, # 13 Exhibit Group 3 Part 4.1, # 14 Exhibit Group 3 Part 4.2, # 15 Exhibit Group 3 Part 4.3, # 16 Exhibit Group 3 Part 5, # 17 Exhibit Group 3 Part 6.1, # 18 Exhibit Group 3 Part 6.2, # 19 Exhibit Group 3 Part 6.3, # 20 Exhibit Group 3 Part 6.4, # 21 Exhibit Group 3 Part 6.5, # 22 Exhibit Group 3 Part 6.6, # 23 Exhibit Group 3 Part 7.1, # 24 Exhibit Group 3 Part 7.2(a), # 25 Exhibit Group 3 Part 7.2(b), # 26 Exhibit Group 3 Part 7.3, # 27 Exhibit Group 3 part 7.4, # 28 Exhibit Group 3 Part 8, # 29 Exhibit Group 3 Part 8.2, # 30 Exhibit Group 3 Part 9.1, # 31 Exhibit Group 3 Part 9.2, # 32 Exhibit Group 3 Part 9.3, # 33 Exhibit Group 3 Part 9.4, # 34 Exhibit Group 4 Part 1(a), # 35 Exhibit Group 4 Part 1(b), # 36 Exhibit Group 4 Part 2, # 37 Exhibit Group 4 Part 3(a), # 38 Exhibit Group 4 Part 3(b), # 39 Exhibit Group 4 Part 4(a), # 40 Exhibit Group 4 Part 4(b), # 41 Exhibit Group 5, # 42 Exhibit Group 6 Part 1(a), # 43 Exhibit Group 6 Part 1(b), # 44 Exhibit Group 6 Part 2, # 45 Exhibit Group 7 Part 1, # 46 Exhibit Group 7 Part 2, # 47 Exhibit Group 7 Part 3, # 48 Exhibit Group 7 Part 4, # 49 Exhibit Group 7 Part 5, # 50 Exhibit Group 7 Part 5.1, # 51 Exhibit Group 7 Part 6, # 52 Exhibit Group 7 Part 6.1, # 53 Exhibit Group 7 Part 7, # 54 Exhibit Group 8, # 55 Exhibit Group 9, # 56 Exhibit Group 9.2, # 57 Exhibit Group 9.3, # 58 Exhibit Group 9.4, # 59 Exhibit Group 10, # 60 Exhibit Group 11)(Breihan, Amy) (Entered: 08/03/2023) |
| 08/04/2023 | 347 | Docket Text ORDER: Re: 336 MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; LEAVE TO FILE IS GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 8/4/2023. (JEB) (Entered: 08/04/2023) |
| 08/04/2023 | 348 | Docket Text ORDER: Re: 340 Second MOTION for Leave to File Under Seal by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; LEAVE TO FILE IS GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 8/4/2023. (JEB) (Entered: 08/04/2023) |
| 08/04/2023 | 349 | Sealed EXHIBITS Received: 1 flash drive received and will be maintained in the clerks office. (JEB) (Entered: 08/09/2023) |
| 08/14/2023 | 350 | RESPONSE in Opposition re 338 Second MOTION for Protective Order filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) (Entered: 08/14/2023) |
| 08/14/2023 | 351 | ENTRY of Appearance by Nicholas D. Wanger for Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Wanger, Nicholas) (Entered: 08/14/2023) |
| 08/16/2023 | 352 | MOTION for Extension of Time to File Response/Reply as to 333 Response in Opposition to Motion *for Summary Judgment* by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Attachments: # 1 Exhibit A June 9–12 correspondence, # 2 Exhibit B August 8 correspondence)(Pratt, Lawrence) (Entered: 08/16/2023) |
| 08/17/2023 | 353 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw attorney William Patrick Mobley by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Breihan, Amy) Modified on 8/18/2023 (HMA). (Entered: 08/17/2023) |
| 08/17/2023 | 354 | Docket Text ORDER: Re: 352 MOTION for Extension of Time to File Response/Reply as to 333 Response in Opposition to Motion for Summary Judgment by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills; AN ADDITIONAL 45 DAYS IS GRANTED FROM THE DATE OF THIS ORDER. SO ORDERED. (Response to Court due by 10/1/2023) Signed by District Judge Henry Edward Autrey on 8/17/2023. (JEB) (Entered: 08/17/2023) |
| 08/18/2023 | 355 | Docket Text ORDER: Re: 353 MOTION to Withdraw attorney William Patrick Mobley by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Attorney William Patrick Mobley terminated. Signed by District Judge Henry Edward Autrey on 8/18/2023. (JEB) (Entered: 08/18/2023) |
| 09/11/2023 | 356 | Joint MOTION to Continue Trial Setting of October 2, 2023 by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 09/11/2023) |
| 09/12/2023 | 357 | Docket Text ORDER: Re 356 Joint MOTION to Continue Trial Setting of October 2, 2023 filed by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Freddie Wills; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 9/12/2023. (HMA) (Entered: 09/12/2023) |
| 09/13/2023 | 358 | ORDER (See Full Order for Complete Details.) This action is set for a JURY trial on April 15, 2024, at 9:30 AM. This is a 1–week docket. Motion in Limine due by 4/1/2024. Pretrial Compliance due by 4/1/2024. Jury Trial set for 4/15/2024 at 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 9/13/2023. (HMA) (Entered: 09/13/2023) |
| 09/27/2023 | 359 | Consent MOTION for Extension of Time to File Response/Reply as to 333 Response in Opposition to Motion *for Summary Judgment* by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills. (Pratt, Lawrence) (Entered: 09/27/2023) |
| 09/28/2023 | 360 | Docket Text ORDER: Re: 359 Consent MOTION for Extension of Time to File Response/Reply as to 333 Response in Opposition to Motion *for Summary Judgment* by Defendants Direll Alexander, Adrian Barnes, Unknown Bolden, Bruce Borders, Jeffrey Carson, City of St. Louis, Missouri, Javan Fowlkes, Dale Glass, Douglas Jones, Michelle Lewis, Sherry Richard, Aisha Turner, Sidney Turner, Debra Willis, Freddie Wills; ADDITIONAL TIME IS GRANTED UP TO AND INCLUDING OCTOBER 6, 2023. (Response to Court due by 10/6/2023.) Signed by District Judge Henry Edward Autrey on 9/28/2023. (JEB) (Entered: 09/28/2023) |
| 10/06/2023 | 361 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re <u>315</u> MOTION for Summary Judgment filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Jane Doe, John Doe, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Pratt, Lawrence) (Entered: 10/06/2023) |
| 10/06/2023 | <u>362</u> | REPLY to Response to Motion re <u>315</u> MOTION for Summary Judgment filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, John Doe, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Pratt, Lawrence) (Entered: 10/06/2023) |
| 12/19/2023 | <u>363</u> | MOTION to Withdraw by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Wanger, Nicholas) (Entered: 12/19/2023) |
| 12/19/2023 | <u>364</u> | MOTION to Exclude Defendants Expert Joseph Gunja by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 12/19/2023) |
| 12/19/2023 | <u>365</u> | MEMORANDUM in Support of Motion re <u>364</u> MOTION to Exclude Defendants Expert Joseph Gunja filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Attachments: # <u>1</u> Exhibit Exh 1 – Deposition of Gunja, # <u>2</u> Exhibit Exh 2 – Gunja Report, # <u>3</u> Exhibit Exh 3 – DOC Policy, # <u>4</u> Exhibit Exh 4 – Excerpts from D Alexander Deposition)(Hanlon, Maureen) (Entered: 12/19/2023) |
| 12/20/2023 | 366 | Docket Text ORDER: Re: <u>363</u> MOTION to Withdraw by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 12/20/2023. (JEB) (Entered: 12/20/2023) |
| 12/29/2023 | <u>367</u> | RESPONSE to Motion re <u>364</u> MOTION to Exclude Defendants Expert Joseph Gunja filed by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit EXH. A, GUNJA, EXH. 1)(Pratt, Lawrence) (Entered: 12/29/2023) |
| 01/08/2024 | <u>368</u> | REPLY to Response to Motion re <u>364</u> MOTION to Exclude Defendants Expert Joseph Gunja filed by Plaintiffs Derrick Jones, Jerome Jones, Darnell Rusan, Marrell Withers. (Hanlon, Maureen) (Entered: 01/08/2024) |
| 01/09/2024 | <u>369</u> | ORDER: IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion to Exclude the Opinions, Testimony, and Reports Of Defendant's Proposed Expert Witness Joseph Gunja [Doc. # <u>364</u> ] is set for Thursday, January 18, 2024, at 11:00 a.m. in the courtroom of the undersigned. (Motion Hearing set for 1/18/2024 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 01/09/2024. (ANR) (Entered: 01/09/2024) |
| 01/17/2024 | <u>370</u> | MOTION to Continue Trial Setting by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Martinez, Adriano) (Entered: 01/17/2024) |
| 01/18/2024 | 371 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Motion Hearing held on 1/18/2024 re <u>364</u> MOTION to Exclude Defendants Expert Joseph Gunja filed by Defendants. Arguments heard. The witness is excluded from testifying as to as to credibility, legal standards, validity or lack thereof of volume used. The witness is allowed to testify regarding policy matters of OC spray. SO ORDERED.The Court and parties discuss |

| | | |
|---|---|---|
| | 370 | MOTION to Continue Trial Setting filed by Defendants. Plaintiff has no objection and consents to the Motion. The Jury Trial is be set via separate order. (Court Reporter:Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978) (proceedings started: 11:06 am – 11:27 am) (proceedings ended: 11:39 am – 11:42 am) (Deputy Clerk: C. Hutson)(Appearance for Plaintiff: Lauren Bartlett, Amy Breihan, Maureen Hanlon)(Appearance for Defendant: Adriano Martinez) (CLH) (Entered: 01/18/2024) |
| 01/19/2024 | 372 | ORDER (See Full Order): This action is set for a JURY trial on July 29, 2024, at 9:30 AM. ( Motion in Limine due by 7/15/2024. Pretrial Compliance due by 7/15/2024. Jury Trial set for 7/29/2024 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 1/19/2024. (JEB) (Entered: 01/19/2024) |
| 01/25/2024 | 373 | ENTRY of Appearance by Abby J. Duncan for Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Duncan, Abby) (Entered: 01/25/2024) |
| 03/12/2024 | 374 | ORDER: IT IS HEREBY ORDERED that a hearing on all pending motions in this matter is set for Thursday, March 21, 2024, at 11:00 a.m. in the courtroom of the undersigned. (Motion Hearing set for 3/21/2024 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 3/12/2024. (CLH) (Entered: 03/12/2024) |
| 03/13/2024 | 375 | ORDER: IT IS HEREBY ORDERED that a hearing on all pending motions previously set in this matter for Thursday, March 21, 2024, is reset to March 20, 2024, at 11:30 a.m. in the courtroom of the undersigned. (Motion Hearing set for 3/20/2024 11:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 3/13/2024. (CLH) (Entered: 03/13/2024) |
| 03/15/2024 | 376 | Consent MOTION to Continue March 20 Hearing by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. (Duncan, Abby) Modified docket text on 3/18/2024 (CLH). (Entered: 03/15/2024) |
| 03/19/2024 | 377 | Docket Text ORDER: Re: 376 Consent MOTION to Continue March 20 Hearing by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. ; GRANTED. Written order to issue. Signed by District Judge Henry Edward Autrey on 3/19/2024. (CLH) (Entered: 03/19/2024) |
| 03/19/2024 | 378 | ORDER. IT IS HEREBY ORDERED that a hearing on all pending motions in this matter is set for Thursday, March 28, 2024, at 10:30 a.m. in the courtroom of the undersigned. (Motion Hearing set for 3/28/2024 10:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 3/19/2024. (HMA) (Entered: 03/19/2024) |
| 03/28/2024 | 379 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Motion Hearing held on 3/28/2024 re 286 MOTION to Certify Class, 322 MOTION for Reconsideration re 313 Memorandum & Order, 315 MOTION for Summary Judgment. Parties present. Arguments heard. Matters taken under submission. (Court Reporter:Carla Klaustermeier, Carla_Klaustermeier@moed.uscourts.gov, 314–244–7984) (proceedings started: 10:49 am) (proceedings ended: 12:15 pm) (Deputy Clerk: J. Bailey)(Appearance for |

| | | |
|---|---|---|
| | | Plaintiff: Amy Breihan, Lauren Bennett, Maureen Hanlon and Shubra Ohri)(Appearance for Defendant: Abby Duncan and Andrew Wheaton) (JEB) (Entered: 03/28/2024) |
| 03/28/2024 | 380 | Docket Text ORDER Re: 322 MOTION for Reconsideration re 313 Memorandum & Order, filed by Jerome Jones, Derrick Jones, Darnell Rusan, Marrell Withers; ORDERED DENIED AS MOOT. Signed by District Judge Henry Edward Autrey on 3/28/2024. (JEB) (Entered: 03/28/2024) |
| 03/30/2024 | 381 | OPINION, MEMORANDUM AND ORDER (See Full Order). IT IS HEREBY ORDERED that Plaintiffs' Motion Pursuant to Fed.R.Civ.P. 23(c)(1)(C) Proposing Narrower Class Definitions and Renewing Motion for Class Certification [Doc. No. 286 ], is DENIED. Signed by District Judge Henry Edward Autrey on 3/30/2024. (JEB) (Entered: 04/04/2024) |
| 03/30/2024 | 382 | ORDER: IT IS HEREBY ORDERED that Defendants' Motion for Protective Order, [Doc. No. 338 ] is denied. The protective orders entered in this matter sufficiently cover protected matters. Further, the reasons set out in the motion are insufficient, without further detail, to establish the proposed protective order is necessary in this matter. Signed by District Judge Henry Edward Autrey on 3/30/2024. (JEB) (Entered: 04/04/2024) |
| 03/31/2024 | 383 | OPINION, MEMORANDUM AND ORDER (See Full Order). IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [Doc. No. 315 ] is DENIED. Signed by District Judge Henry Edward Autrey on 3/31/2024. (HMA) (Entered: 04/04/2024) |
| 04/30/2024 | 384 | NOTICE OF APPEAL as to 383 Memorandum & Order by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. Filing fee $ 605, receipt number AMOEDC–10576526. (Entered: 04/30/2024) |
| 04/30/2024 | 385 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 383 Memorandum & Order. Notice of Appeal filed on 4/30/2024 by Defendants Direll Alexander, Bruce Borders, City of St. Louis, Missouri, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, Freddie Wills. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE.(JBH) (Entered: 04/30/2024) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK JONES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:21CV600 HEA** |
| | ) | |
| **CITY OF ST. LOUIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Summary

Judgment [Doc. No. 315]. Plaintiffs oppose the motion, and the Court heard

argument on the matter on March 28, 2024.  For the reasons set forth below, the

Motions will be denied.

### Facts and Background

Plaintiff's Third Amended Complaint alleges the following 42 U.S.C. §

1983 claims against the individual defendants in violation of the Fourteenth

Amendment: Defendants Sherry Richard and Javan Fowlkes for spraying Plaintiff

Derrick Jones with an excessive amount of mace (Count I); Defendant Fowlkes for

spraying Plaintiff Jerome Jones with an excessive amount of mace (Count II);

Defendants Aihsa Turner, Direll Alexander, Bruce Borders and Fowlkes for

spraying Plaintiff Darnell Rusan with an excessive amount of mace (Count III);

Defendants Freddie Willis and Douglas Jones for spraying Plaintiff Marrell

Withers with an excessive amount of mace (Count IV); and Defendants Fowlkes and John Doe for conditions of confinement amounting to punishment by shutting off water to Plaintiffs Derrick Jones and Jerome Jones cells (Count IX).

The *Monell* Claims are alleged in Count VI (Excessive Force/Mace) and Count X (Conditions of Confinement/Water Deprivation) against Defendant City of St. Louis.

The remaining counts are against Defendant City of St. Louis for the following: Class Actions claims under § 1983 (Counts V and XI); Class Action claim for violation of the Americans with Disabilities Act (ADA) (Count VII); and Plaintiffs' (Withers and Rusan) claim for damages for ADA violation (Count VIII). Plaintiffs' Motion to Certify Class has been denied.

Plaintiffs' Third Amended Complaint, in pertinent part, alleges the following:

Plaintiffs are all pretrial detainees who allege that while held in the CJC, they were maced without warning or provocation, and for the purpose of inflicting punishment or pain, rather than for security reasons. Plaintiffs also allege that they were deprived of the means or ability to remove the chemical residue for excessive periods of time.

On December 14, 2020, Plaintiff Derrick Jones alleges that he asked to transfer cells because his cellmate was exhibiting symptoms of COVID-19. In response, Defendant Lieutenant Sherry Richards told him he would have to stay in

the cell with an infected cellmate, and shortly after, maced him in the eyes and face without warning. Then, Defendant Richards and seven other officers kicked and punched him in the head and placed him in handcuffs. While he was still restrained on the floor, he was maced by Defendant Fowlkes, and left in a cell to "marinate" in the chemical spray for approximately twenty minutes. After that, medical staff washed out his eyes, but he was taken to solitary and kept for eight days without a shower, even though the chemicals from the macing were still on his skin and clothing, causing pain and discomfort. Plaintiff Derrick Jones alleges that he was not acting aggressively and was not threatening staff safety throughout the encounter.

On February 9, 2021, Plaintiff Jerome Jones alleges that after he refused to move cells, he was handcuffed and placed in a small, mace-filled room for approximately twenty-five minutes while his eyes, face, and body were burning from being soaked in mace. He also alleges that he was denied medical attention, had trouble breathing for weeks due to the incident, and continues to experience respiratory distress that he attributes to the macing. He alleges that he was not physically resisting at any time during the encounter.

Plaintiff Darnell Rusan, who is prone to epileptic seizures, alleges he was maced excessively three times without warning. Two of the macings occurred on December 19, 2020, after CJC staff told him that he had a bad attitude. The third

macing occurred on February 3, 2021 with no warning, and afterwards, he was locked in a mace-filled visiting room for hours while fully nude.

On January 7, 2022, Plaintiff Marrell Withers, who has asthma, alleges he was maced twice after not wanting to be transferred, expressing fear of being exposed to COVID-19. During the macing, he alleges he was in handcuffs and not physically resisting. Afterwards, he was taken to the medical unit, but not given a shower or change of clothes.

Plaintiffs allege in Count Six, a *Monell* claim, that the instances explained above are part of a widespread pattern and practice in the CJC that employees use mace to inflict pain and suffering on detainees without cause or warning, often on detainees who are passive, restrained, or confined.

Plaintiffs also allege a *Monell* claim in Count Ten that Defendant City of St. Louis has unconstitutional policies or customs of depriving inmates of water in the CJC. Plaintiffs allege this practice of depriving detainees of water to their cells occurs for hours or sometimes days at a time in order to punish and harm detainees for infractions such as talking back, banging on cell doors, or having an "attitude" with staff. Plaintiffs allege that they were subjected to regular deprivations of drinking water and water for toilets when there was no valid security justification for doing so. For instance, on February 6, 2021, after a detainee uprising to protest inhumane conditions, CJC employees moved several detainees, including Plaintiff Jerome Jones, to the fifth floor and cut off the water supply to all the cells on that

level. Plaintiffs claim that that the detainees had not intentionally flooded their cells or threatened to do so and were without water to drink or to flush toilets for several days, during which time they were also denied meals or other liquids to drink. Because of the inability to flush, several toilets on that floor overflowed, leaving the floors of the level covered with excrement and urine for at least three days. The water shut-offs led to dehydration, headaches, stress, anxiety, and stomach discomfort. Similar water shut-offs occurred periodically after the February 2021 incident, including in March, April, and May of 2021. Plaintiffs allege that this incident, and similar water shut-offs, were not the result of any equipment failure, plumbing issue, or maintenance related reason, but were done to punish detainees.

Plaintiffs request compensatory damages, costs and attorneys' fees, punitive damages against each of the Individual Defendants in their individual capacities, and further additional relief as this Court may deem just and appropriate.

Plaintiffs also pray this Court enter judgment in their favor against the City of St. Louis and enter an order against Defendant City of St. Louis, prohibiting the unconstitutional use of chemical agents and practice of water shut-offs and deprivation as punishment going forward, and for such further additional relief as this Court may deem just and appropriate.

**Legal Standard**

Summary judgment is proper if the movant shows there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. See Fed. R. Civ. P. 56(a). The movant bears the initial responsibility of informing the Court of the basis for the motion and must identify those portions of the record which the movant believes demonstrate the absence of a genuine issue of material fact. *Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc). If the movant does so, the nonmovant must respond by submitting evidentiary materials that set out specific facts showing that there is a genuine issue for trial. *Id*.

On a motion for summary judgment, facts must be viewed in the light most favorable to the nonmoving party only if there is a genuine dispute as to those facts. *Id*. Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the evidence are jury functions, not those of a judge. *Id*. But the nonmovant must do more than simply show that there is some metaphysical doubt as to the material facts. *Id*. In order to show that disputed facts are material, the party opposing summary judgment must cite to the relevant substantive law in identifying facts that might affect the outcome of the suit. *Quinn v. St. Louis Cty.*, 653 F.3d 745, 751 (8th Cir. 2011). The mere existence of a scintilla of evidence in support of the nonmovant's position will be insufficient; there must be evidence on which the jury could conceivably find for the nonmovant. *Barber v. C1 Truck Driver Training, LLC*, 656 F.3d 782, 791-92 (8th

Cir. 2011). Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial. *Torgerson*, 643 F.3d at 1042.

**Discussion**

**Qualified Immunity**

The Due Process Clause protects pretrial detainees from the use of excessive force amounting to punishment. *Kingsley v. Hendrickson*, 135 S. Ct. 2466, 2473 (2015); *See also, Bell v. Wolfish*, 441 U.S. 520, 535 (1979) (stating that "under the Due Process Clause, a detainee may not be punished prior to an adjudication of guilt in accordance with due process of law"); and *Smith v. Conway Cty., Ark.,* 759 F.3d 853, 858 (8th Cir. 2014) (stating that "the Due Process Clause prohibits any punishment of a pretrial detainee, be that punishment cruel-and-unusual or not").

Analysis of excessive force claims under the Due Process Clause focuses on whether the defendant's purpose in using force was "to injure, punish, or discipline the detainee." *Edwards v. Byrd*, 750 F.3d 728, 732 (8th Cir. 2014). The Fourteenth Amendment gives state pretrial detainees "rights which are at least as great as the Eighth Amendment protections available to a convicted prisoner." *Walton v. Dawson*, 752 F.3d 1109, 1117 (8th Cir. 2014). Indeed, pretrial detainees are afforded greater protection than convicted inmates in the sense that the Due Process Clause prohibits the detainee from being punished. *Id.*

7

"Qualified immunity shields government officials from liability in a § 1983 action unless their conduct violates a clearly established right of which a reasonable official would have known." *Burnikel v. Fong*, 886 F.3d 706, 709 (8th Cir. 2018) (citing Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)). To determine whether an official is entitled to qualified immunity, the Court asks: "(1) whether the facts shown by the plaintiff make out a violation of a constitutional or statutory right, and (2) whether the right at issue was clearly established at the time of the defendant's alleged misconduct." *Morgan v. Robinson*, 920 F.3d 521, 523 (8th Cir. 2019) (en banc) (quoting *Nord v. Walsh Cnty.*, 757 F.3d 734, 738 (8th Cir. 2014)). "The defendants are entitled to qualified immunity unless the answer to both of these questions is yes." *McCaster v. Clausen*, 684 F.3d 740, 746 (8th Cir. 2012).

To state an excessive force claim, the plaintiff "must show only that the force purposely or knowingly used against him was objectively unreasonable." *Kingsley*, 576 U.S. at 396-97. Whether a use of force is objectively reasonable "turns on the facts and circumstances of each particular case." Id. at 397 (quoting *Graham*, 490 U.S. at 396); *Johnson v. Carroll*, 658 F.3d 819, 826 (8th Cir. 2011) (In reviewing whether the use of force was reasonable, "careful attention" is given "to the facts and circumstances of each particular case.") The degree of injury suffered in an excessive force case "is certainly relevant insofar as it tends to show the amount and type of force used." *Johnson*, 658 F.3d at 826 (quoting *Chambers*

*v. Pennycook*, 641 F.3d 898, 906 (8th Cir. 2011)). Because "[o]fficers facing

disturbances 'are often forced to make split-second judgments—in circumstances

that are tense, uncertain, and rapidly evolving' "—the Court has stressed the need

to view the use of force "from the perspective of a reasonable officer on the scene,

including what the officer knew at the time, not with the 20/20 vision of

hindsight." *Id.* at 399 (quoting *Graham*, 490 U.S. at 397). Relevant factors in

evaluating the reasonableness of the use of force include: (1) "the relationship

between the need for the use of force and the amount of force used," (2) "the extent

of the plaintiff's injury," (3) "any effort made by the officer to temper or to limit

the amount of force used," (4) "the severity of the security problem at issue," (5)

"the threat reasonably perceived by the officer," and (6) "whether the plaintiff was

actively resisting." *Id.* at 397 (citing Graham, 490 U.S. at 396).

Applying these factors to the facts of the case, the Court finds that a fact

finder could conclude that Defendants' use of force was objectively unreasonable.

Drawing all reasonable inferences in favor of Plaintiffs, there are genuine

disputes as to whether the use of mace and deprivation of water were objectively

reasonable. For example, Plaintiffs present evidence that the amount of mace was

excessive, that Plaintiffs were not in positions to harm the officers, plaintiffs were

left with mace-soaked clothes, plaintiffs were not allowed to shower or rinse their

eyes, no action was taken to assist the Plaintiffs when they told the officers they

needed help. Whether these facts rendered the use and amount of mace objectively reasonable under the circumstances is a question for the jury.

Defendants argue they are entitled to qualified immunity in that no constitutional violations occurred since their actions were acceptable *vis a vis* what Plaintiffs did to prompt the use of force. Defendants' focus, however, falls short of the relevant inquiry. Plaintiffs do not contend the use of *any* force is a constitutional violation. Rather, Plaintiffs produce sufficient evidence to overcome the challenge based on the particular instances of the amount of force necessary to curtail any disciplinary or safety concern. Plaintiffs contend Defendants went too far in the use of force. The question of whether the force used in these circumstances was excessive gives rise to factual questions regarding whether a reasonable officer in the situation would have used the amount of force used by Defendants.

Furthermore, Defendants' argument that any injury was *de minimus* does not entitle Defendants to summary judgment. The Eighth Circuit has repeatedly found that excessive macing can be objectively unreasonable even when only *de minimus* injury occurred. "Even when officers are justified in using some force, they violate [the] suspects' Fourth Amendment rights if they use unreasonable amounts of force." *Tatum v. Robinson*, 858 F.3d 544, 550 (8th Cir. 2017) (finding use of pepper spray unreasonable, even when Plaintiff was actively arguing with officer when he deployed the pepper spray, because a reasonable officer would not have

viewed Plaintiff as an immediate threat); *See also, Treats v. Morgan,* 308 F.3d 868, 872-73 (8th Cir. 2002) (holding use of pepper spray in response to a non-recalcitrant incarcerated person constitutes an excessive use of force, whether or not the macing caused only *de minimus* injury); *Bauer v. Norris*, 713 F.2d 408, 42 (8th Cir. 1983) ("The use of force by officers simply because a suspect is argumentative, contentious, or vituperative is not to be condoned."); and, *Krout v. Goemmer*, 83 F.3d 557, 566 (8th Cir. 2009) ("The use of . . . gratuitous force against a suspect who is handcuffed, not resisting, and fully subdued is objectively unreasonable.").

**Monel Liability**

Defendants seek summary judgment on Plaintiffs' *Monell* claims alleging the City has unconstitutional policies or customs of depriving inmates of water in the St. Louis City Justice Center and spraying excessive mace on compliant inmates without warning. Defendants argue Counts Six and Ten should be dismissed because Plaintiffs have failed to show the existence of a widespread custom or policy condoning use of excessive force or deprivation of water and inhumane housing conditions.

To establish a Monell claim, the plaintiff's harm must result from a constitutional violation committed by a municipality's employee. *Golberg v. Hennepin Cnty.*, 417 F.3d 808, 813 (8th Cir. 2005); *Collins v. City of Harker Heights*, 503 U.S. 115, 120 (1992). The constitutional violation must be caused by

an official municipal policy, an unofficial custom, or a deliberately indifferent

failure to train or supervise. *Mettler v. Whitledge*, 165 F.3d 1197, 1204 (8th Cir

199). Municipalities can be held liable under Section 1983 for the violation of

constitutional rights if the violation results from a governmental custom, even if

the custom was not formally approved. *Monell*, 436 U.S. at 690-91. *Monell*

liability requires (1) a continuing, widespread, persistent pattern of unconstitutional

misconduct by municipal employees, (2) deliberate indifference or tacit

authorization of such conduct by the municipality's policymakers after notice of the

misconduct, and (3) an injury caused by acts pursuant to the municipality's custom.

*Ware v. Jackson Cnty.*, 150 F.3d 873, 880 (8th Cir. 1990).

Here, Plaintiffs allege that the City had policies or customs of depriving

inmates of water in the St. Louis City Justice Center and spraying excessive mace

on compliant inmates without warning.

Plaintiffs present evidence of a continuing, widespread, persistent pattern of

unconstitutional misconduct by the officers in deliberately violating the

constitutional rights of pretrial detainees. Plaintiffs argue that City Defendants had

notice of this pattern and practice of constitutional violations but failed to take

appropriate corrective actions, thus exhibiting deliberate indifference. While the

Court agrees with Defendant that not all use of force is excessive, and that the Use

of Force reports do not alone establish an unconstitutional policy or custom,

Plaintiff have presented evidence of the use of large amounts of mace being

12

sprayed on compliant plaintiffs and instances of the water being shut off for long periods of time. Plaintiffs have attested to same, as well as presenting videos which do not necessarily show that Defendants' use of force was not excessive considering the totality of the surrounding circumstances.

When viewing the evidence in the light most favorable to Plaintiffs, the Court concludes that there are genuine disputes of material fact with respect to *Monell* liability and summary judgment, therefore, is unwarranted.

**Americans With Disabilities Act Claim**

Defendants argue they are entitled to summary judgment on Plaintiffs' Americans with Disabilities Act ("ADA") because Plaintiffs have not asked for any accommodation relative to a disability. The Court agrees that only known disability triggers the duty to reasonably accommodate. *Hall v. Higgins*, 77 F.4th 1171, 1182 (8th Cir. 2023). Here, however, Plaintiffs claim they asked for accommodations in advising Defendants of their medical condition before being sprayed.

Likewise, Defendants argue even with a disability, Plaintiffs are not at liberty to disregard staff directives or to engage in acts of violence that threaten the safety of staff and detainees. Once again, Defendants' arguments focus on the initial reason why the use of force or shut off of water may have been perceived necessary rather than focusing on Plaintiffs' claims that the amount of mace  or

13

length of time the water was shut off are the salient excessive force claims. The motion for summary judgment will be denied.

### Conclusion

Based upon the foregoing analysis, Defendants' Motion Summary Judgment will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 315] is **DENIED**.

Dated this 31st day of March, 2024.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

14

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DERRICK JONES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:21-CV-00600-HEA |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the summary judgment order entered in this action on the 31st day of March, 2024 [ECF 383].

Respectfully Submitted,

SHEENA HAMILTON
CITY COUNSELOR

   /s/ Abby Duncan
Abby Duncan, #67766 (MO)
Associate City Counselor
1200 Market Street,
City Hall- Room 314
St. Louis, MO  63103
Tel: (314) 622-4694
Fax: (314) 622.4956
E-mail: DuncanA@stlouis-mo.gov

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed on April 30, 2024, and served via the Court's electronic filing system upon all counsel of record.


    /s/ Abby Duncan
Associate City Counselor

US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Jones et al v. City of St. Louis, Missouri et al

**USCA#:**

**Case Number:**

4:21-CV-00600-HEA

**Plaintiff:**

DERRICK JONES, et al.

**Defendant:**

CITY OF ST. LOUIS, MISSOURI, JAVAN FOWLKES, DIRELL ALEXANDER, AISHA TURNER, SHERRY RICHARD, BRUCE BORDERS, DOUGLAS JONES, FREDDIE WILLS

**Attorney:**

See Docket Sheet

**Attorney:**

See Docket Sheet

**Court Reporter(s):**

None

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid 4/30/2024 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No      Where:

**Please list all other defendants in this case if there were multiple defendants:**