# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| DERRICK JONES, ET AL., | ) | |
| Appellees/Plaintiffs, | ) | No. 24-1912 |
| v. | ) | |
| CITY OF ST. LOUIS, ET AL. | ) | |
| Appellants/Defendants. | ) | |

## APPELLANTS' DESIGNATION AND STATEMENT OF ISSUES

COME NOW Appellants/Defendants City of St. Louis, Direll Alexander, Bruce Borders, Javan Fowlkes, Douglas Jones, Sherry Richard, Aisha Turner, and Freddie Wills, and hereby designate the following issues on appeal herein:

1. Whether the district court, in considering the Defendant-officers' qualified immunity defense, erred in failing to conduct an individualized analysis of each officer's conduct.

2. Whether the district court erred in denying qualified immunity to Defendants Fowlkes, Jones, Richard, Turner, and Wills.

3. Whether the district court erred in denying City's motion for summary judgment where the § 1983 *Monell* claims against City are inextricably intertwined with the individualized analysis of each officer's conduct.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

/s/ Abby Duncan
Abby Duncan, #67766 (MO)
Associate City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO  63103
Tel: (314) 622-4694
Fax: (314) 622-4956
E-mail: DuncanA@stlouis-mo.gov

*Attorney for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, the foregoing was filed via the Court's electronic filing system, and thereby on all attorneys of record.

    /s/ Abby Duncan
    Associate City Counselor