# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1912

Derrick Jones, et al.

Appellees

v.

City of St. Louis, Missouri, et al.

Appellants

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00600-HEA)

___

**ORDER**

Megha Ram's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Megha Ram may file a brief not to exceed 15,000 words.

October 30, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik